UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 05CR10235-GAO |
| | ) | |
| v. | ) | |
| | ) | VIOLATIONS: |
| 1. SERGIO ELPIDIO | ) | |
|    ALCANTARA-SALDANA | ) | |
|      a/k/a Jose Delgado | ) | 21 U.S.C. §§ 846, 841(a)(1)and |
|      a/k/a Erving Nieves | ) | 841(b)(1)(A)(ii) - Conspiracy |
|      a/k/a "Ruben" | ) | to Distribute Five Kilograms |
|      a/k/a "Sergio" | ) | or More of Cocaine |
| 2. CESAR ZAPATA | ) | |
|      a/k/a "Nani" | ) | 21 U.S.C. §§ 841(a)(1) and |
|      a/k/a "Zupra" | ) | 841(b)(1)(A)(ii) - Possession |
|      a/k/a "Viejo" | ) | With Intent to Distribute Five |
|      a/k/a "Commandante" | ) | Kilograms or More of Cocaine |
| 3. HERIBERTO CARRASCO | ) | |
|      a/k/a "Joselito" | ) | 18 U.S.C. § 2 - Aiding and |
|      a/k/a "Flaco," and | ) | Abetting |
| 4.  GEORGE SAMUELS | ) | |
| | ) | 21 U.S.C. § 853 - Criminal |
|    Defendants. | ) | Asset Forfeiture |

INDICTMENT

COUNT ONE:        (21 United States Code Section 846
                  - Conspiracy to Distribute Cocaine)

The Grand Jury charges that:

From an unknown date but at least by in or about 2001 and

continuing until on or about August 28, 2005 at Boston, Malden,

Lynn, Springfield, and elsewhere in the District of

Massachusetts, the Bronx, New York City and elsewhere in the

Southern and Eastern District of New York, and elsewhere,

                    1. SERGIO ELPIDIO
                       ALCANTARA-SALDANA
                         a/k/a Jose Delgado
                         a/k/a Erving Nieves
                         a/k/a "Ruben"
                         a/k/a "Sergio"

2

    **2. CESAR ZAPATA**
        **a/k/a "Nani"**
        **a/k/a "Zupra"**
        **a/k/a "Viejo"**
        **a/k/a "Commandante"**
    **3. HERIBERTO CARRASCO**
        **a/k/a "Joselito"**
        **a/k/a "Flaco," and**
    **4. GEORGE SAMUELS**

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons, known and unknown to the Grand Jury, to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy described herein involved at least five kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii) applies to this count.

All in violation of Title 21, United States Code, Section 846.

3

**COUNT TWO:**     **(Title 21, United States Code, Section 841(a)(1) –**
                 **Possession With the Intent to Distribute Five**
                 **Kilograms or More of Cocaine; Title 18, United**
                 **States Code, Section 2 – Aiding and Abetting)**

On or about August 27, 2005, at West Springfield and
elsewhere in the District of Massachusetts,

**4.   GEORGE SAMUELS**

defendant herein, did knowingly and intentionally possess
with the intent to distribute cocaine, a Schedule II
controlled substance.

It is further alleged that this offense involved at least
five kilograms of a mixture and substance containing a
detectable amount of cocaine, a Schedule II controlled
substance.  Accordingly, Title 21, United States Code, Section
841(b)(1)(A)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section
841(a)(1) and Title 18, United States Code, Section 2.

4

## DRUG FORFEITURE ALLEGATION

### (21 U.S.C. § 853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1.   As a result of committing one or more of the offenses alleged in Count One of this Indictment and Count Two of this Indictment with regards to defendant **GEORGE SAMEULS**,

> 1. **SERGIO ELPIDIO**
>    **ALCANTARA-SALDANA**
>       **a/k/a Jose Delgado**
>       **a/k/a Erving Nieves**
>       **a/k/a "Ruben"**
>       **a/k/a "Sergio"**
> 2. **CESAR ZAPATA**
>       **a/k/a "Nani"**
>       **a/k/a "Zupra"**
>       **a/k/a "Viejo"**
>       **a/k/a "Commandante"**
> 3. **HERIBERTO CARRASCO**
>       **a/k/a "Joselito"**
>       **a/k/a "Flaco," and**
> 4.   **GEORGE SAMUELS**

defendants herein, upon conviction, shall forfeit to the United States, pursuant to 21 U.S.C. §853: (1) any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the charged offenses; and (2) any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses.  Such property includes, but is not limited to:

> (a) <u>31 Braywood Circle, Springfield, Massachusetts</u>, more fully described as a certain parcel of land with

5

buildings thereon, being land in Springfield, Hampden
County, Massachusetts in that part of Springfield known
as Indian Orchard, being situated on Braywood Circle and
being known and designated as Lot 6 (six) as shown on
Section D on a plan of Homelands, so-called, which plan
is recorded in the Hampden County Registry of Deeds in
Book of Plans 9, Page 68 & 69, being the same premises
conveyed in a deed from Marie Saldana to Marie Saldana
and Sergio E. Saldana and recorded in the Hampden County
Registry of deeds on August 17, 2005 at Book 15258, Page
571;

(b) 61 Appaloossa Lane, West Springfield, Massachusetts,
more fully described as a certain parcel of land with
buildings thereon, being land known as Lot 4 as shown on
a plan entitled "Morgan Hills Estates" revised on
December 29, 1999 prepared by D.L. Bean, Inc. and
recorded in the Hampden County Registry of Deeds, Book of
Plans 316, Page 68, being the same premises conveyed in
deed from Vladimir Lapik to George Samuels and Kyanna M.
Samuels and recorded in the Hampden County Registry of
deeds on April 8, 2005 at Book 14932, Page 576;

(c) a silver 2003 Mercedes CL-55 AMG bearing VIN
WDBPJ74JX3A033155;

(d) a black 2004 Nissan Pathfinder Armada bearing VIN

6

5N1AA08B14N743066, registered to Kyanna Samuels, 61 Appaloosa Lane, West Springfield, Massachusetts;

(e) a gold 2000 Chrysler 300M, bearing VIN 2C3HE666XYH233052, registered to Aida Rivera, 255 Zion Street, Hartford, Connecticut;

(f) $3,209.00 in U.S. currency seized from GEORGE SAMUELS on or about August 27, 2005;

(g) $20,000 in U.S. currency seized from a black 2004 Nissan Pathfinder Armada bearing VIN 5N1AA08B14N743066, registered to Kyanna Samuels, 61 Appaloosa Lane, West Springfield, Massachusetts on or about August 27, 2005;

(h) $6,123.00 in U.S. currency seized from 61 Appaloossa Lane, West Springfield, Massachusetts on or about August 27, 2005;

(i) $9,000.00 in U.S. currency seized from a dresser drawer at 31 Braywood Circle, Springfield, Massachusetts on or about August 27, 2005;

(j) $59,980.00 in U.S. currency seized from a shoe box at 31 Braywood Circle, Springfield, Massachusetts on or about August 27, 2005;

(k) $2,200.00 in U.S. currency seized from a Sentry Safe found at 93 Florence Street, Apartment 1B, Springfield, Massachusetts on or about August 28, 2005; and

(l) a Rolex Watch, further described as an 18 karat gold

7

Rolex Oyster Perpetual Daytona Cosmograph Model 16525
bearing serial number U936638 valued at $13,275.00,
seized from a Sentry Safe found at 93 Florence Street,
Apartment 1B, Springfield, Massachusetts on or about
August 28, 2005.

2.   If any of the above-described forfeitable properties, as
a result of any act or omission of the defendant:

1.   cannot be located upon the exercise of due diligence;

2.   have been transferred or sold to, or deposited with, a
third party;

3.   have been placed beyond the jurisdiction of the Court;

4.   have been substantially diminished in value; or

5.   have been commingled with other property which cannot be
subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C.
§853(p), to seek forfeiture of any other property of said
defendants up to the value of the above forfeitable properties.


All in accordance with Title 21, United States Code, Section 853
and Rule 32.2(a), Federal Rules of Criminal Procedure.

8

A TRUE BILL

FOREPERSON OF THE GRAND JURY

Neil J. Gallagher, Jr.
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS; September 1, 2005

Returned into the District Court by the Grand Jurors and

filed.

DEPUTY CLERK

@1:40P. M
9/1/05

**Criminal Case Cover Sheet**                      **U.S. District Court - District of Massachusetts**

Place of Offense: __Boston__          Category No. ____I____    Investigating Agency __DEA__

City _____          **Related Case Information:**

County ____Suffolk____          Superseding Ind./ Inf. _____    Case No. _____
                                 Same Defendant _____   New Defendant _____
                                 Magistrate Judge Case Number ~~05-M-01133-JGD~~
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Sergio Elpidio Alcantara-Saladana__          Juvenile    ☐ Yes    ☒ No

Alias Name ____José Delgado, "Sergio"_____

Address ___31 Braywood Circle, Springfield, MA_____

Birth date (Year only): __1976__ SSN (last 4 #): _____ Sex __M__ Race: _____ Nationality: __Dominican__

**Defense Counsel if known:**    __Tom Butters__          Address: __One Exeter Plaza__
                                                                   __Boston, MA__
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher_____          Bar Number if applicable _____

Interpreter:    ☒ Yes ☐ No          List language and/or dialect:    __SPANISH__

Matter to be SEALED:    ☐ Yes    ☒ No

☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

**Arrest Date:**    __8/27/05__ _____

☒ Already in Federal Custody as __8/28/05__          in _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____          on _____

**Charging Document:**    ☐ Complaint    ☐ Information          ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

Date:  9/1/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant _____Sergio Elpidio Alcantara-Saladana_____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 _____ | Conspiracy to distribute cocaine _____ | 1 _____ |
| Set 2  18 USC 853 _____ | Drug Forfeiture Allegation _____ | _____ |
| Set 3  _____ | _____ | _____ |
| Set 4  _____ | _____ | _____ |
| Set 5  _____ | _____ | _____ |
| Set 6  _____ | _____ | _____ |
| Set 7  _____ | _____ | _____ |
| Set 8  _____ | _____ | _____ |
| Set 9  _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

## Criminal Case Cover Sheet

### U.S. District Court - District of Massachusetts

Place of Offense: _____     Category No. _____I_____     Investigating Agency ___DEA_____

City _____     **Related Case Information:**

County ____Suffolk_____

Superseding Ind./ Inf. _____     Case No. _____
Same Defendant _____     New Defendant ___x___
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

Defendant Name ___Cesar Zapata_____     Juvenile ☐ Yes ☒ No

Alias Name ___"Nani"_____

Address ___93 Florence Street, Springfield, MA_____

Birth date (Year only): __1950__ SSN (last 4 #): _____ Sex _M_ Race: _____ Nationality: __Dominican__

**Defense Counsel if known:** ___David Apfel_____     Address: _____

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** ___Neil Gallagher_____     **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No     **List language and/or dialect:** ___SPANISH___

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**     ☐ **Regular Process**     ☒ **In Custody**

**Location Status:**

**Arrest Date:** ___8/27/05_____

☒ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____     ☐ **Serving Sentence**     ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:**     ☒ **Complaint**     ☐ **Information**     ☐ **Indictment**

**Total # of Counts:**     ☐ **Petty** _____     ☐ **Misdemeanor** _____     ☒ **Felony** ___1___

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/1/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Cesar Zapata, a/k/a "Nani"_____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 841 | Conspiracy to distribute cocaine | 1 |
| Set 2  18 USC 853 | Drug Forfeiture Allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston _____    **Category No.** ___I___    **Investigating Agency** __DEA__

**City** _____    **Related Case Information:**

**County** ___Suffolk___    Superseding Ind./ Inf. _____ Case No. _____
                            Same Defendant _____ New Defendant
                            Magistrate Judge Case Number ▬▬▬▬▬▬
                            Search Warrant Case Number _____
                            R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Heriberto Carrasco_____    Juvenile  ☐ Yes  ☒ No

Alias Name __"Joselito"_____

Address _____

Birth date (Year only): __1972__ SSN (last 4 #): _____ Sex _M_ Race: _____ Nationality: __Dominican__

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher_____    **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** _SPANISH_

**Matter to be SEALED:** ☐ Yes ▬▬▬

▬▬Warrant Requested▬▬    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ **on** _____

**Charging Document:**  ☐ **Complaint**    ☐ **Information**    ☐ **Indictment**

**Total # of Counts:**  ☐ **Petty** _____  ☐ **Misdemeanor** _____  ☒ **Felony** ___1___

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:** 9/1/05        **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Heriberto Carrasco, a/k/a "Joselito" _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 _____ | Conspiracy to distribute cocaine _____ | 1 |
| Set 2  18 USC 853 _____ | Drug Forfeiture Allegation _____ | _____ |
| Set 3  _____ | _____ | _____ |
| Set 4  _____ | _____ | _____ |
| Set 5  _____ | _____ | _____ |
| Set 6  _____ | _____ | _____ |
| Set 7  _____ | _____ | _____ |
| Set 8  _____ | _____ | _____ |
| Set 9  _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:**

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** ____I____    **Investigating Agency** __DEA__

**City** _____    **Related Case Information:**

**County** ____Suffolk____    Superseding Ind./ Inf. _____    Case No. _____
                             Same Defendant _____    New Defendant ___x___
                             Magistrate Judge Case Number _____
                             Search Warrant Case Number _____
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name ___George Sameuels_____    Juvenile ☐ Yes ☒ No

Alias Name _____

Address ___61 Appaloosa Lane, Springfield, MA_____

Birth date (Year only): _1971_ SSN (last 4 #): _____ Sex _M_ Race: _____ Nationality: _Dominican_

**Defense Counsel if known:** ___Vince Borgiani___    **Address:** _____
                                                      __Springfield, MA__
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_____    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

        ☐ **Warrant Requested**        ☐ **Regular Process**        ☒ **In Custody**

**Location Status:**

**Arrest Date:** ___August 27, 2005_____

☒ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____    ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release:**    **Ordered by** _____ **on** _____

**Charging Document:**    ☒ **Complaint**    ☐ **Information**    ☐ **Indictment**

**Total # of Counts:**    ☐ **Petty** _____    ☐ **Misdemeanor** _____    ☒ **Felony** ___2___

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:  9/1/05**        **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant     George Samuels** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | Conspiracy to distribute cocaine | 1 |
| Set 2   21 USC 841(A)(1) | Possession with Intent to Distribute Cocaine | 2 |
| Set 3   18 USC 853 | Drug Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**