UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> v. <br> SERGIO ELPIDIO ALCANTARA-, <br> SALDANA <br> "a/k/a Jose Delgado" <br> "a/k/a Erving Nieves" <br> "a/k/a "Ruben" <br> "a/k/a "Sergio" <br><br> CESAR ZAPATA <br> "a/k/a Nani" <br> "a/k/a Zupra" <br> "a/k/a "Viejo" <br> "a/k/a "Commandante" <br><br> HERIBERTO CARRASCO <br> "a/k/a Joselito" <br> "a/k/a Flaco," and <br><br> GEORGE SAMUELS <br>       Defendants. | **FILED UNDER SEAL** <br><br> CRIMINAL NO. 05-10235-GAO |

**UNITED STATES' BILL OF PARTICULARS**
**FOR FORFEITURE OF ASSETS**

The United States of America, by and through its attorne[y] Michael J. Sullivan, United States Attorney for the Distric[t of] Massachusetts, hereby files the following Bill of Particulars [for] Forfeiture of Assets.

On September 1, 2005, the Grand Jury filed a Two-co[unt] Indictment charging Sergio Elpidio Alcantara-Saldana, Cesar Zapa[ta,] Heriberto Carrasco, and George Samuels, with Conspiracy [to] Distribute Cocaine, in violation of 21 U.S.C. §846 (Count On[e), and] charging George Samuels with Possession With Intent to Distrib[ute] Five Kilograms or More of Cocaine and Aiding and Abetting,

violation of 21 U.S.C. §841(a)(1) and 18 U.S.C. §2 (Count Two).
The Indictment also contained a Forfeiture Allegation pursuant to
21 U.S.C. §853. The Forfeiture Allegation of the Indictment sought
forfeiture, pursuant to 21 U.S.C. §853 of any property
constituting, or derived from, any proceeds obtained directly or
indirectly from the offense charged in the Indictment and/or any
property used and/or intended to be used to commit, or
facilitate the commission of, the offense charged in the
Indictment. The United States hereby gives notice that, in addition
to the forfeiture allegation contained in the Indictment, the
United States is seeking forfeiture of additional property
including, but not limited to, the following because it constitutes
property derived from proceeds obtained directly or indirectly from
the offense charged in the Indictment and/or property used and/or
intended to be used to commit, or to facilitate the commission of
the offense charged in the Indictment: All funds on deposit in the
Bank of Western Massachusetts Account No. 0100116421, held in the
name of Pine Point Auto Sales, Inc.

The United States of America respectfully moves this Court to
seal this Bill of Particulars and all related paperwork until the
court has acted on the restraining order relating to this account
which is being filed simultaneously with this Bill of Particulars.
As noted above in the restraining order, if it is granted by the
Court, a certified copy or copies of the restraining order will be

served on the interested parties and their attorneys of t property.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                  By: _____
                              JENNIFER H. ZACKS
                              Assistant U.S. Attorneys
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
September 13, 2005             (617)748-3100