AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

USA

v.

SAMUELS, GEORGE

**APPEARANCE**

Case Number: 05CR 10235 GAO

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    SAMUELS

_____ Sept 10, 2005 _____
Date

Signature: /s/ Vincent A. Bongiorni

Print Name: V. A. BONGIORNI

Address: 95 STATE

City: SPFLD   State: MASS   Zip Code: 1103

Phone Number: (413) 732-0222