**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 05-CR-10235-GAO |
| | ) | |
| SERGIO E. ALCANTARA-SALDANA et al. | ) | |
| | ) | |

**ASSENTED TO MOTION TO EXTEND TIME**
**TO PRODUCE DISCOVERY UNDER LR 116.1(C)(1)**

The United States respectfully moves this Court for an extension of time to produce discovery to defendants under Local Rule 116.1(C)(1). As grounds for this motion, the government states as follows:

On September 1, 2005, each of the defendants were charged in an indictment charging distribution of five kilograms or more of cocaine in violation of Title 21, United States Code, Section 846. Each of the defendants have filed a notice of no waiver requiring the government to produce automatic discovery under 116.1(C)(1) within fourteen days of receipt of their notice of no waiver.

The instant case involved MA state wiretaps on at least eight different telephones. The government needs additional time to acquire and make copies of all these audio recordings for defense counsel and their clients.

Accordingly, the government requests an extension of time, until Friday, September 23, 2005 to provide automatic discovery under LR 116.1(C)(1) to defendants.

Defense counsel for each defendant assents to the granting of this motion.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                        By:   /s/ Neil J. Gallagher, Jr.
                               Neil J. Gallagher, Jr.
                               Assistant U.S. Attorney

Dated: September 20, 2005