**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                       ) | 05-CR-10235-GAO |
| ) | |
| SERGIO E. ALCANTARA-SALDANA et al. ) | |
| ) | |

**NOTICE OF APPEARANCE OF GOVERNMENT COUNSEL**

Comes now the United States of America, by Michael J. Sullivan, United States Attorney, and Neil J. Gallagher, Jr., Assistant United States Attorney for the District of Massachusetts, and hereby provides notice that undersigned counsel will be representing the government in the above captioned matter as government counsel along with Special Assistant U.S. Attorney Charles D. Dolan (email address: Charles.Dolan@state.ma.us) and AUSA Jennifer Zacks. All future correspondences and pleadings should be sent to the above listed counsel.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/ Neil J. Gallagher, Jr.
     Neil J. Gallagher, Jr.
     Assistant U.S. Attorney

Dated: September 20, 2005