```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
                                 )
        v.                       )   CRIMINAL NO. 05-10235-GAO
                                 )
SERGIO ELPIDIO ALCANTARA-,       )
SALDANA                          )
"a/k/a Jose Delgado"             )
"a/k/a Erving Nieves"            )
"a/k/a "Ruben"                   )
"a/k/a "Sergio"                  )
                                 )
CESAR ZAPATA                     )
"a/k/a Nani"                     )
"a/k/a Zupra"                    )
"a/k/a "Viejo"                   )
"a/k/a "Commandante"             )
                                 )
HERIBERTO CARRASCO               )
"a/k/a Joselito"                 )
"a/k/a Flaco," and               )
                                 )
GEORGE SAMUELS                   )
        Defendants.              )
```

**UNITED STATES' MOTION TO VACATE
POST-INDICTMENT RESTRAINING ORDER**

The United States, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court vacate the Post-Indictment Restraining Order issued on September 13, 2005 in the above captioned criminal case, pertaining to the contents of The Bank of Western Massachusetts, Bank Account Number 0100116421, in the name of Pine Point Auto Sales.

1

```
                                   Respectfully submitted,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney



                              By:  /s/ JENNIFER H. ZACKS
                                   Jennifer H. Zacks
                                   Assistant U.S. Attorney
                                   U. S. Attorney's Office
                                   United States Courthouse
                                   1 Courthouse Way, Suite 9200
                                   Boston, MA  02210
                                   (617) 748-3100
```

Date: September 29, 2005


CERTIFICATE OF SERVICE

   I certify that I have served a true copy of the foregoing upon Thomas J. Butters, Esquire, as counsel for Defendant Sergio Elpidio Alcantara-Saldana, One Exeter Plaza, 12th Floor, Boston, MA 02116, and Vincent A. Bongiorni, Esquire, as counsel for Defendant George Samuels, 95 State Street, Springfield, MA 01103 and David J. Apfel, Esquire, as counsel for Defendant Cesar Zapata, 53 State Street, Boston, MA 02109 by first class mail.

```
                                   /s/ JENNIFER H. ZACKS
                                   Jennifer H. Zacks
                                   Assistant U.S. Attorney
```

Date: September 29, 2005

```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )
                               )
          v.                   )   CRIMINAL NO. 05-10235-GAO
                               )
SERGIO ELPIDIO ALCANTARA-,     )
SALDANA                        )
"a/k/a Jose Delgado"           )
"a/k/a Erving Nieves"          )
"a/k/a "Ruben"                 )
"a/k/a "Sergio"                )
                               )
CESAR ZAPATA                   )
"a/k/a Nani"                   )
"a/k/a Zupra"                  )
"a/k/a "Viejo"                 )
"a/k/a "Commandante"           )
                               )
HERIBERTO CARRASCO             )
"a/k/a Joselito"               )
"a/k/a Flaco," and             )
                               )
GEORGE SAMUELS                 )
          Defendants.          )
```

**ORDER TO VACATE POST-INDICTMENT RESTRAINING ORDER**

The United States of America, having petitioned this Court for an Order to Vacate the Post-Indictment Restraining Order, with respect to the contents of The Bank of Western Massachusetts, Bank Account Number 0100116421, in the name of Pine Point Auto Sales and that this Court, being fully advised of the circumstances of this case, it is hereby:

ORDERED that the Post-Indictment Restraining Order shall be Vacated with respect to the Restrained Property, thereby releasing the Restrained Property.

DONE AND ORDERED in Boston, Massachusetts, this _____ day of _____, 2005.

_____
GEORGE A. O'TOOLE, Jr.
United States District Judge