UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10235-GAO |
| ) | |
| SERGIO ELPIDIO ALCANTARA-, ) | |
| SALDANA ) | |
| "a/k/a Jose Delgado" ) | |
| "a/k/a Erving Nieves" ) | |
| "a/k/a "Ruben" ) | |
| "a/k/a "Sergio" ) | |
| ) | |
| CESAR ZAPATA ) | |
| "a/k/a Nani" ) | |
| "a/k/a Zupra" ) | |
| "a/k/a "Viejo" ) | |
| "a/k/a "Commandante" ) | |
| ) | |
| HERIBERTO CARRASCO ) | |
| "a/k/a Joselito" ) | |
| "a/k/a Flaco," and ) | |
| ) | |
| GEORGE SAMUELS ) | |
| Defendants. ) | |

**ORDER TO VACATE POST-INDICTMENT RESTRAINING ORDER**

The United States of America, having petitioned this Court for an Order to Vacate the Post-Indictment Restraining Order, with respect to the contents of The Bank of Western Massachusetts, Bank Account Number 0100116421, in the name of Pine Point Auto Sales and that this Court, being fully advised of the circumstances of this case, it is hereby:

ORDERED that the Post-Indictment Restraining Order shall be Vacated with respect to the Restrained Property, thereby releasing the Restrained Property.

DONE AND ORDERED in Boston, Massachusetts, this 30th day of September, 2005.

_____
GEORGE A. O'TOOLE, Jr
United States District Judge