**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
UNITED STATES OF AMERICA            )
                                    )
     vs.                            )    05-CR-10235-GAO
                                    )
SERGIO E. ALCANTARA-SALDANA et al.  )
                                    )
```

**ASSENTED TO MOTION TO EXTEND TIME TO**
**RESPOND TO DEFENDANTS' REQUEST FOR ADDITIONAL DISCOVERY**

The United States respectfully moves this Court for an extension of time of seven days (until October 14, 2005) to respond in writing to defendants' request for additional discovery dated September 23, 2005. As grounds for this motion, the government states as follows:

On September 23, 2005, the government received a written request for additional discovery from defendant CESAR ZAPATA which was joined by defendants SERGIO E. ALCANTARA-SALDANA and GEORGE SAMUELS. Under LR 116.3(A), the government is required to reply in writing to this request within fourteen (14) days of its receipt, in this case on October 7, 2005.

The government will need an additional seven (7) days, until October 14, 2005 to respond in writing to defendants' requests. Counsel for CESAR ZAPATA assents to the granting of this motion.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                              By:  /s/ Neil J. Gallagher, Jr.
                                          Neil J. Gallagher, Jr.
                                          Assistant U.S. Attorney

Dated: October 11, 2005