UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> SERGIO ELPIDIO ALCANTARA- ) <br> SALDANA; GEORGE SAMUELS, ) <br> Defendants. ) <br> ) | Criminal No. 05-10235-GAO |

**ASSENTED TO MOTION FOR EXTENSION OF TIME
TO FILE OBJECTIONS TO ORDER OF DETENTION**

Pursuant to Rule 2(b) of the Rules for United States Magistrate Judges, the Defendants, Sergio Elpidio Alcantra-Saldana ("Saldana") and George Samuels ("Samuels"), requests an extension of time to file objections to the order of detention entered in this matter on September 15, 2005 and September 16, 2005, respectively.  The Defendants had previously requested an extension to October 14, 2005.  The Defendants are requesting this extension because as of this date, they have not received the transcripts of their detention hearing.  The Defendants request an extension to November 4, 2005.  Counsel for the government, Mr. Gallagher, assents to the allowance of this motion.

2

Respectfully submitted,
SERGIO ALCANTRA-SALDANA                GEORGE SAMUELS
By his attorneys,                                      By his attorney,


  /s/  Thomas J. Butters                                /s/ Vincent A. Bongiorni
Thomas J. Butters                                    Vincent A. Bongiorni
B.B.O. #068260                                       B.B.O. #049040
Matthew D. Thompson                                  95 State Street
B.B.O. #655225                                       Suite 309
Butters Brazilian, LLP                               Springfield, MA 01103
One Exeter Plaza                                     (413) 732-0222
Boston, Massachusetts 02116
(617) 367-2600

Date:  October 11, 2005