

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*   *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*

October 14, 2005

**Thomas J. Butters**
Butters Brazilian LLP
One Exeter Plaza
Boston, MA 02116

**David J. Apfel**
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109

**Vincent A. Bongiorni**
95 State Street
Suite 309
Springfield, MA 01103

    Re:  United States v. Sergio Alcantara-Saldana et al.
          <u>Criminal No. 05-10235-GAO</u>

Dear Counsel:

    I am writing in response to your written request for additional discovery dated September 23, 2005.

    On September 8, 2005, you filed a written notice dated September 6, 2005 indicating that you would not be filing a waiver of your right to automatic discovery pursuant to LR 116.1(C), and thereby opted into the automatic discovery process governed by the Local Rules. On September 23, 2005, the government provided automatic discovery pursuant to LR 116.1(C). On the same day, I received you written request for additional discovery which requests fifty-one (51) separate items of discovery.  I will address each item below.

    Some of the items that you have requested in your September 23rd letter have already provided in automatic discovery.  For

some of the items you have requested, the government has already been provided written notice that the government intends to decline to produce certain information at this particular time pursuant to LR 116.6.

There are also a significant number of items that you have requested are covered by LR 116.1. For this reason, I would like to draw your attention to LR 116.3(D) which states:

> (D) A defendant participating in automatic discovery must not request information expressly required to be produced under 116.1; all such information is by these Local Rules deemed ordered by the court to be produced.

To the extent your letter requests information required to be produced under 116.1, the government will not be responding to any such request below except to indicate that the government has already addressed 116.1 items in the September 23rd automatic discovery letter.

Additionally, some of the items you requested are a part of 21-day discovery under LR 117.1(A)(4) or 7-day discovery under LR 117.1(8). The government will produce these items, pursuant to these rules, 21 and 7 days before trial.

**Response to Specific Requests:**

1. Each defendant was given the same discovery.

2., 34., 43., 44., 45., 46., 49.

> The information you request is: a) already required by the Local Rules; and b) addressed in the government's September 23rd automatic discovery letter and is available for your inspection. As I indicated to you in Court and in the government's September 23rd automatic discovery letter, all the non-drug evidence that was seized during the course of the search warrants in this case are available for your inspection at the DEA Office's in Springfield, MA. I have also arranged with the DEA for you to be able to view the non-drug evidence at their offices on Friday, September 21, 2005. You may call DEA SA John Shankweiler at 413-785-0284 to make arrangements directly with him.

3. The information you request is: a) already required to be produced by the Local Rules; and b) addressed in the government's September 23rd automatic discovery letter.

> No laboratory analysis has been conducted of any items seized from 93 Florence Street. In the event that an analysis is performed I will provide you copies of these findings pursuant to the Local Rules.
>
> I am unclear what you are asking for regarding voice analysis. The government will not be presenting expert voice analysis testimony under Fed. R. Evid. 703. The government will, however, offer the testimony of voice identification under Fed. R. Evid. 901(b)(5) and 901(b)(6).

4. Enclosed please find the appraisal for the Rolex watch

5. The information you request is already required to be produced by the Local Rules and specifically in LR 116.5(A)(2). The government will agree to provide expert witness discovery sixty (60) days before trial.

6. & 7.

> The information you request is: a) already required by the Local Rules; and b) addressed in the government's September 23rd automatic discovery letter. Furthermore, Rule 16(a)(1)(A), as incorporated into the Local Rules by LR 116.1(C)(1)(a), requires the government only to produce such oral statements only if the government intends to introduce such evidence at trial. Moreover such statements are inadmissible hearsay under Fed. R. Evid. 801(d)(1)(2). Please let me know if you intend to offer such statements at trial through either direct testimony or cross examination, because I intend to file a motion in limine to exclude such evidence. Finally, you have already been given the DEA 202's which detail the booking information provided upon your client's arrest.

8., 9., 11., 12, 50., & 51.

> The government has already provided a large amount of Jencks material including wiretap, search warrant, and complaint affidavits and grand jury testimony of DEA SA John Barron. The government will produce the remainder of all Jencks material before trial in accordance with LR 117.1(A)(5). The government is not required to produce handwritten notes under the Jencks. All handwritten notes will be preserved in accordance with LR 116.9(A). Furthermore, LR 116.9(B) states that the

   "Local Rules do not require the preservation of rough drafts of reports after a subsequent draft of final report is prepared."

10.  There is no requirement in the Local Rules for this request. Furthermore, Rule 16(a)(2) provides that Rule 16 "does not authorize the discovery or inspection of reports, memorandum, or other internal government documents made by an attorney for the government or other government agent in connection with investigating and prosecuting the case."

13.  The government will provide 404(b) information 21 days before trial in accordance with LR 117.1(A)(4).

14. & 19

   The government will provide witness list information 7 days before trial in accordance with LR 117.1(A)(8)(a).

15.  There is no requirement in the Local Rules for this information.

16., 17., 18., 39., 40, & 41.

   The information you request is: a) already required by the Local Rules; and b) addressed in the government's September 23rd automatic discovery letter. In addition to the information provided in the government's September 23rd letter, enclosed please find the criminal history, with all information pertaining to identity redacted, to the government witness ho who was referred to as cooperating witness no. 2. There is no requirement in the Local Rules to provide the information you requested regarding any confidential informants (individuals who will not be witnesses at trial).

20. & 21.

   This request is far too broad and is already addressed by Local Rule 116.1. The government will comply with the requirements of the Local Rules.

22.  The government will provide information about any inconsistent statements, if there are any, 21 days before trial in accordance with LR 116.3(2)(b).

23 - 28.

    The information you request is: a) already required by the Local Rules; and b) addressed in the government's September 23rd automatic discovery letter.

29. The government agrees to provide this information, but needs additional time to acquire information about the searches of cellular telephones, especially the cell phones which were seized in New York City. I will attempt to obtain this information within fourteen days and let you know if I will need additional time.

30. You request is too broad, especially in terms of your request for telephone records from "related investigations." Please let me know if there are specific telephone numbers for which you would like to review the telephone records. If there are specific numbers, the government will make those records, if the government has them, at the DEA Office's in Springfield on Friday, October 21, 2005. Furthermore, to the extent that the government will seek to introduce certain telephone records at trial or obtain further telephone or business records at trial, the government will provide you copies of such documents before trial.

31. The Local Rules do not require production of the co-conspirator statements you request. The government has already provide you a large amount of intercepted telephone conversations which contain co-conspirators statements.

32. The information you request is: a) already required by the Local Rules; and b) addressed in the government's September 23rd automatic discovery letter.

33. The government will comply with the requirements of LR 116.1 and LR 116.2 as indicated in the government's September 23rd automatic discovery letter.

35. The information you request is: a) already required by the Local Rules; and b) addressed in the government's September 23rd automatic discovery letter and supplemental letter of September 30, 2005.

36. & 46.

    The government is in the possession of documents

      relating to the sale and lease of the real property known as Pine Point Auto Sales, 1608 State Street in Springfield, MA.  These documents are available for your inspection at the U.S. Attorney's Office in Boston.  I have already made arrangements for counsel for defendant ZAPATA to view these documents on Tuesday, October 18, 2005. To be clear, these documents were not seized during the course of the search warrant.  Instead, these documents were acquired from the prior owner of the property in connection with the Restraining Order entered on September 13, 2005 for a bank account in the name of Pine Point Auto Sales. This restraining order was vacated on the motion by the government on September 30, 2005 after further investigation revealed that the bank account had no connection to the drug trafficking activities in this case.  A copy of the letter I sent to the attorney for the account holder is enclosed.

37. The information you request is: a) already required by the Local Rules; and b) addressed in the government's September 23rd automatic discovery letter.

38. LR 116(C)(1)(e) only requires the government to produce the "name of any person asserted to be a known unindicted coconspirator."  Furthermore, you already have a large amount of intercepted calls on which this individual was intercepted.

42. The Local Rules do not require production of this kind of information.  You already have each DEA 6 report which reflects significant surveillance events.

47. Enclosed please find an FBI 302 report dated 6/1/01.

48. & 49.

      The information you request is: a) already required by the Local Rules; and b) addressed in the government's September 23rd automatic discovery letter.

    Please call the undersigned Assistant U.S. Attorney at (617) 748-3397 if you have any questions.

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                            United States Attorney
              By:
                            /s/ Neil Gallagher
                            Neil J. Gallagher, Jr.
                            Assistant U.S. Attorney
                            Charles Dolan
                            Special Assistant U.S. Attorney

cc:   Thomas Quinn, Clerk to the Honorable Judith G. Dein
      (w/o enclosures)