

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*United States Courthouse,  Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*

November 16, 2005

Counsel of Record

    Re:  United States v. Sergio Alcantara-Saldana et al.
          <u>Criminal No. 05-10235-GAO</u>
          Additional Search Discovery

Dear Counsel:

In my September 23, 2005, automatic discovery letter, I neglected to describe in that letter additional searches that took place during the course of the investigation pursuant to LR 116.1(c)(1)(B).  These searches were previously described in the criminal complaint and MA wiretap affidavits.  **The government intends to introduce the evidence of these searches and seizures at trial.**

In particular, they are:

- In January 2005, DEA agents in New York searched the residence of Salvador Beltre and seized approximately twelve (12) kilograms of cocaine and a firearm.

- On February 15, 2005, MSP arrested Hector Delacruz Luis Ventura Silverio as they delivered (2) kilograms of cocaine to the undercover officer.

- On February 16, 2005, MSP arrested Carlo Sanchez in possession of the kilogram of cocaine.  The MSP conducted a search warrant at Sanchez's residence and seized two kilograms of cocaine and over $300,000.00.

Each of you have already requested the reports from these events.  The government will provide each of you copies of these reports and any search warrants within two weeks.

Please call the undersigned Assistant U.S. Attorney at (617) 748-3397 if you have any questions.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By:
/s/ Neil J. Gallagher, Jr.
Neil J. Gallagher, Jr.
Assistant U.S. Attorney
Charles Dolan
Special Assistant U.S. Attorney

cc:    Thomas Quinn
       Clerk to the Honorable Judith G.Dein
       (w/o enclosure(s))