UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10235-GAO

UNITED STATES OF AMERICA

v.

SERGIO ELPIDIO ALCANTARA-SALDANA
CESAR ZAPATA
GEORGE SAMUELS

**FURTHER ORDER ON EXCLUDABLE TIME**

November 16, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

November 16, 2005 through January 19, 2006,

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated September 9, 2005, October 20, 2005, November 9, 2005 and this order, at the time of the Final Status Conference on January 19, 2006, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge