| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | |

#7

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 05-CR-10235-GAO |
| DEFENDANT | TYPE OF PROCESS |
| George Samuels, et. al., | POST INDICTMENT RESTRAINING ORDER |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Countrywide Homes Loans, Inc.

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

4500 Park Granada, Calabasas, CA 91302-1613

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Jennifer H. Zacks, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service):

Please serve the attached Post Indictment Restraining Order upon the above referenced business by hand, noting on the return the date and time of service. 05-DEA-#457308  NES ext. 3280

Signature of Attorney or other Originator requesting service on behalf of :   ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (617) 748-3100   DATE: 9/13/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process No. ___   District of Origin No. 38   District to Serve No. 12   Signature of Authorized USMS Deputy or Clerk: Mary   Date: 9/22/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above):

Kinga Alvarez, Litagation Specialist

Address (complete only if different than shown above):

5320 Las Virgenes Rd
Calabasas, 91302

Date of Service: 11/9/05   Time: 1000 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:  SERVED THE POST INDICTMENT RESTRAINING ORDER UPON THE INDIVIDUAL LISTED ABOVE.

11/18/05 - MAILED TO USMS BOSTON, MA.

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT