UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10235-GAO

UNITED STATES OF AMERICA,

Plaintiff,

v.

SERGIO ELPIDIO ALCANTARA-
SALDANA AND GEORGE SAMUELS,

Defendants,

### VERIFIED CLAIM OF COUNTRYWIDE HOME LOANS

1. On or about April 8, 2005, George Samuels and Kyanna M. Samuels executed a Note in the original principle amount of $200,000.00. A true and accurate copy is attached hereto as Exhibit A.

2. On or about April 8, 2005, George Samuels and Kyanna M. Samuels executed a Mortgage in the original principle amount of $200,000.00 secured by the Property. A true and accurate copy is attached hereto as Exhibit B.

3. Countrywide is the current holder of the Note and Mortgage executed by George Samuels and Kyanna M. Samuels.

4. Countrywide is owed approximately $199,511.94 plus continuing interest and attorney's fees and costs.

5. Countrywide had no knowledge of any alleged wrongdoing by George Samuels and Kyanna M. Samuels and should not be prejudiced by any misconduct as it is an innocent party.

6. As the holder of the mortgage, the debt owed to Countrywide should be satisfied, before the property or any funds from the sale of the Property are distributed or confiscated by any party.

PLAINTIFF'S VERIFICATION:

The Plaintiff, Countrywide Home Loans hereby certifies having read this Complaint and further acknowledges that the facts stated herein are true and that no material facts have been omitted therefrom.

Signed under the Penalties of Perjury, this 7th day of December, 2005.

COUNTRYWIDE HOME LOANS
By: _Lili Sage_
Its: _Assistant Vice President_

_Lili Sage_

STATE OF _California_

_Los Angeles_, ss                                December 7, 2005

On this _7th_ day of _December_, 2005, before me, the undersigned notary public, personally appeared _Lili Sage_, proved to me through satisfactory evidence of identification, which were _personal knowledge_ to be the person whose name is signed on the preceding or attached document, and acknowledged to me the he/she signed it voluntarily for its stated purpose.

Capacity: _Notary Public_

_[signature]_

My commission expires _10-27-06_

(Sign and affix Seal)

DARLENE KAY FREEMAN
Commission # 1381802
Notary Public - California
Los Angeles County
My Comm. Expires Oct 27, 2006

Respectfully submitted,
**COUNTRYWIDE HOME LOANS**
By Its Attorney,

_____
Veronica C. Viveiros
BBO# 631233
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highland, MA 02461-0389
(617) 558-0500

Dated: 12/12/05

## CERTIFICATE OF SERVICE

I, Veronica C. Viveiros, hereby certify that true copies of the <u>Verified Claim of Aurora Loan Services</u> were served on December 12, 2005 by mailing via first class mail, postage prepaid, to:

Vincent A. Bongiorni, Esq.
95 State Street
Suite 309
Springfield, MA 01103

Jennifer Hay Zacks
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

Neil J. Gallagher, Jr.
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

_____
Veronica C. Viveiros