UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 05-10235-GAO |
| ) | |
| GEORGE SAMUELS ) | |

### DEFENDANT GEORGE SAMUELS RESPONSE TO GOVERNMENT'S MOTION FOR AN INTERLOCUTORY SALE OF 61 APPALOOSA LANE

Now comes the defendant by and through counsel and makes the following response;

Counsel for the defendant does not oppose the Government's request for interlocutory sale. Counsel for the defendant requests the proposed order for interlocutory sale be modified in the following fashion by amending the third paragraph to read as follows:

> It Is Further Ordered that the United States Marshals service shall sell the subject property for not less than a minimum sale price of Four Hundred Eighty Thousand Dollars ($480,000.00).

Counsel for the defendant has conferred with counsel for the Government who expresses no objection to the modification to the proposed order as requested by the defendant.

THE DEFENDANT

BY: /s/ Vincent A. Bongiorni
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to Assistant United States Attorney Jennifer Zacks, United States Courthouse, Suite #9200, 1 Courthouse Way, Boston, MA this 27th day of December 2005.

/s/ Vincent A. Bongiorni