UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

CRIMINAL NO. 05-10235-GAO

2006 JAN -6  A 8: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

| UNITED STATES OF AMERICA, |
| Plaintiff, |
| v. |
| SERGIO ELPIDIO ALACANTARA-SALDANA AND GEORGE SAMUELS, |
| Defendants, |

## COUNTRYWIDE HOME LOANS' RESPONSE TO THE UNITED STATES' MOTION FOR INTERLOCUTORY SALE

Now comes Countrywide Home Loans (hereinafter "Countrywide") and files this statement in response to the United States' Motion for Interlocutory Sale of the property at 61 Appaloosa Lane, West Springfield, MA.

1. Countrywide has no objection to the Interlocutory sale as long as Countrywide is paid in full from the proceeds of the sale.

2. Countrywide is owed approximately $199,511.94 plus continuing interest.

3. Countrywide should not be required to wait until the conclusion of the criminal case for payment of its loan.

4. There is no prejudice to any party as this loan is in default and interest and penalties continue to accrue until full payment is received.

5. Countrywide has sent its affidavit and request for expedited settlement agreement to the U.S. Attorney handling this matter.

**WHEREFORE**, Countrywide Home Loans respectfully requests that this court:

1. Provide that any order for interlocutory sale require that Countrywide be paid in full within 30 days of sale and receipt of funds for the Appaloosa Lane Property;

2. Grant such other and further relief as this court deems just and proper.

Respectfully submitted,
**COUNTRYWIDE HOME LOANS**
By Its Attorney,

Veronica C. Viveiros
BBO# 631233
HARMON LAW OFFICES, P.C.
P.O. Box 610389
Newton Highland, MA 02461-0389
(617) 558-0500

Dated: 1/05/06

## CERTIFICATE OF SERVICE

I, Veronica C. Viveiros, hereby certify that true copies of the <u>Response to the United States' Motion for Interlocutory Sale</u> were served on January 5, 2006 by mailing via first class mail, postage prepaid, to:

Vincent A. Bongiorni, Esq.
95 State Street
Suite 309
Springfield, MA 01103

Jennifer Hay Zacks
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

Neil J. Gallagher, Jr.
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

_____
Veronica C. Viveiros