UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-10235-GAO |
| v.        ) | |
| ) | VIOLATIONS: |
| 1. SERGIO ELPIDIO      ) | |
| ALCANTARA-SALDANA   ) | |
| a/k/a Jose Delgado  ) | 21 U.S.C. §§ 846, 841(a)(1)and |
| a/k/a Erving Nieves ) | 841(b)(1)(A)(ii) - Conspiracy |
| a/k/a "Ruben,"      ) | to Distribute Five Kilograms |
| a/k/a "Sergio"      ) | or More of Cocaine |
| 2. CESAR ZAPATA        ) | |
| a/k/a "Nani"        ) | 21 U.S.C. §§ 841(a)(1) and - |
| a/k/a "Zupra"       ) | 841(b)(1)(A)(ii) - Possession |
| a/k/a "Viejo"       ) | With Intent to Distribute Five |
| a/k/a "Commandante" ) | Kilograms or More of Cocaine |
| 3. HERIBERTO CARRASCO  ) | |
| a/k/a "Joselito"    ) | 21 U.S.C. §§ 841(a)(1) and - |
| a/k/a "Flaco,"      ) | 841(b)(1)(B)(ii) - Possession |
| 4.  GEORGE SAMUELS,    ) | With Intent to Distribute 500 |
| 5.  MANUEL FLORENTINO  ) | Grams or More of Cocaine |
| a/k/a "Lilo"        ) | |
| a/k/a "Primo," and  ) | 18 U.S.C. §924(c) - Possession |
| 6.  CARLOS SANCHEZ     ) | of a Firearm In Furtherance of |
| ) | a Drug Trafficking Crime |
| Defendants.     ) | |
| ) | 21 U.S.C. §841(a)(1) - |
| ) | Distribution of Oxycodone |
| ) | |
| ) | 18 U.S.C. § 2 - Aiding and |
| ) | Abetting |
| ) | |
| ) | 21 U.S.C. § 853 - Criminal |
| ) | Asset Forfeiture Allegation |

SUPERSEDING INDICTMENT

COUNT ONE:      (21 United States Code Section 846 -
                Conspiracy to Distribute Cocaine)

The Grand Jury charges that:

    From an unknown date but at least by in or about 2001 and

continuing until on or about August 28, 2005 at Boston, Malden,

2

Lynn, Springfield, and elsewhere in the District of
Massachusetts, the Bronx, New York City and elsewhere in the
Southern and Eastern District of New York, and elsewhere,

    1. **SERGIO ELPIDIO**
       **ALCANTARA-SALDANA**
         **a/k/a Jose Delgado**
         **a/k/a Erving Nieves**
         **a/k/a "Ruben"**
         **a/k/a "Sergio"**
    2. **CESAR ZAPATA**
         **a/k/a "Nani"**
         **a/k/a "Zupra"**
         **a/k/a "Viejo"**
         **a/k/a "Commandante"**
    3. **HERIBERTO CARRASCO**
         **a/k/a "Joselito"**
         **a/k/a "Flaco"**
    4. **GEORGE SAMUELS,**
    5. **MANUEL FLORENTINO,**
         **a/k/a "Lilo"**
         **a/k/a "Primo" and**
    6. **CARLOS SANCHEZ**

defendants herein, did knowingly and intentionally combine,
conspire, confederate, and agree with each other and with other
persons, known and unknown to the Grand Jury, to distribute
cocaine, a Schedule II controlled substance, in violation of
Title 21, United States Code, Section 841(a)(1).

It is further alleged that the conspiracy described herein
involved at least five kilograms of a mixture and substance
containing a detectable amount of cocaine, a Schedule II
controlled substance. Accordingly, Title 21, United States Code,
Sections 841(b)(1)(A)(ii) applies to this count.

All in violation of Title 21, United States Code, Section 846.

3

**COUNT TWO:**     **(Title 21, United States Code, Section 841(a)(1) -**
                    **Possession With the Intent to Distribute Five**
                    **Kilograms or More of Cocaine; Title 18, United**
                    **States Code, Section 2 - Aiding and Abetting)**

On or about August 27, 2005, at West Springfield and

elsewhere in the District of Massachusetts,

**4.   GEORGE SAMUELS**

defendant herein, did knowingly and intentionally possess

with the intent to distribute cocaine, a Schedule II

controlled substance.

It is further alleged that this offense involved at least

five kilograms of a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled

substance.  Accordingly, Title 21, United States Code, Section

841(b)(1)(A)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

4

**COUNT THREE:** (Title 21, United States Code, Section 841(a)(1) -
Possession With the Intent to Distribute Five
Hundred Grams or More of Cocaine; Title 18, United
States Code, Section 2 - Aiding and Abetting)

On or about February 16, 2005, at Springfield and

elsewhere in the District of Massachusetts,

### 6.   CARLOS SANCHEZ

defendant herein, did knowingly and intentionally possess

with the intent to distribute cocaine, a Schedule II

controlled substance.

It is further alleged that this offense involved at least

five-hundred grams of a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled

substance. Accordingly, Title 21, United States Code, Section

841(b)(1)(B)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section

841(a)(1) and Title 18, United States Code, Section 2.

5

**COUNT FOUR:** **(Title 18, United States Code, Section 924(c) -
Possession of a Firearm in Furtherance of a Drug
Trafficking Crime)**

On or about February 16, 2005, at Springfield and

elsewhere in the District of Massachusetts,

## 6. CARLOS SANCHEZ

defendant herein, in furtherance of a drug trafficking crime for

which he may be prosecuted in a court of the United States,

namely possession with intent to distribute cocaine as charged in

Count Three the superseding indictment herein, knowingly and

unlawfully possessed, a firearm, to wit: a model number 41, .22

caliber, Smith and Wesson handgun bearing serial number A119963.

In violation of Title 18, United States Code, Sections

924(c)(1)(A) and (c)(1)(B)(ii).

6

**COUNT FIVE:**    (Title 21, United States Code, Section 841(a)(1) -
Distribution of Oxycodone; Title 18, United States
Code, Section 2 - Aiding and Abetting)

In or about February and March 2005, at Lynn and elsewhere

in the District of Massachusetts and elsewhere,

       **1. SERGIO ELPIDIO
          ALCANTARA-SALDANA**
             a/k/a Jose Delgado
             a/k/a Erving Nieves
             a/k/a "Ruben"
             a/k/a "Sergio"
       **5. MANUEL FLORENTINO,**
             a/k/a "Lilo"
             a/k/a "Primo" and

defendant herein, did knowingly and intentionally distribute and

cause the distribution of oxycodone, a Schedule II controlled

substance, in violation of Title 21, United States Code, Section

841(a)(1).

## DRUG FORFEITURE ALLEGATION

### (21 U.S.C. § 853 -- Criminal Forfeiture)

The Grand Jury further charges that:

1.   As a result of committing one or more of the
offenses alleged in Counts One, Two, Three and Five of this
Superseding Indictment,

> 1. SERGIO ELPIDIO
>    ALCANTARA-SALDANA
>      a/k/a Jose Delgado
>      a/k/a Erving Nieves
>      a/k/a "Ruben"
>      a/k/a "Sergio"
> 2. CESAR ZAPATA
>      a/k/a "Nani"
>      a/k/a "Zupra"
>      a/k/a "Viejo"
>      a/k/a "Commandante"
> 3. HERIBERTO CARRASCO
>      a/k/a "Joselito"
>      a/k/a "Flaco"
> 4.   GEORGE SAMUELS,
> 5.   MANUEL FLORENTINO,
>      a/k/a "Lilo"
>      a/k/a "Primo" and
> 6.   CARLOS SANCHEZ

defendants herein, upon conviction, shall forfeit to the United
States, pursuant to 21 U.S.C. §853: (1) any and all property
constituting or derived from any proceeds the said defendants
obtained directly or indirectly as a result of the charged
offenses; and (2) any and all property used or intended to be used
in any manner or part to commit and to facilitate the commission of
the offenses.   Such property includes, but is not limited to:

8

(a) 31 Braywood Circle, Springfield, Massachusetts, more fully described as a certain parcel of land with buildings thereon, being land in Springfield, Hampden County, Massachusetts in that part of Springfield known as Indian Orchard, being situated on Braywood Circle and being known and designated as Lot 6 (six) as shown on Section D on a plan of Homelands, so-called, which plan is recorded in the Hampden County Registry of Deeds in Book of Plans 9, Page 68 & 69, being the same premises conveyed in a deed from Marie Saldana to Marie Saldana and Sergio E. Saldana and recorded in the Hampden County Registry of deeds on August 17, 2005 at Book 15258, Page 571;

(b) 61 Appaloosa Lane, West Springfield, Massachusetts, more fully described as a certain parcel of land with buildings thereon, being land known as Lot 4 as shown on a plan entitled "Morgan Hills Estates" revised on December 29, 1999 prepared by D.L. Bean, Inc. and recorded in the Hampden County Registry of Deeds, Book of Plans 316, Page 68, being the same premises conveyed in deed from Vladimir Lapik to George Samuels and Kyanna M. Samuels and recorded in the Hampden County Registry of deeds on April 8, 2005 at Book 14932, Page 576;

(c) a silver 2003 Mercedes CL-55 AMG bearing VIN

9

WDBPJ74JX3A033155;

(d) a black 2004 Nissan Pathfinder Armada bearing VIN 5N1AA08B14N743066, registered to Kyanna Samuels, 61 Appaloosa Lane, West Springfield, Massachusetts;

(e) a gold 2000 Chrysler 300M, bearing VIN 2C3HE666XYH233052, registered to Aida Rivera, 255 Zion Street, Hartford, Connecticut;

(f) $3,209.00 in U.S. currency seized from GEORGE SAMUELS on or about August 27, 2005;

(g) $20,000 in U.S. currency seized from a black 2004 Nissan Pathfinder Armada bearing VIN 5N1AA08B14N743066, registered to Kyanna Samuels, 61 Appaloosa Lane, West Springfield, Massachusetts on or about August 27, 2005;

(h) $6,123.00 in U.S. currency seized from 61 Appaloosa Lane, West Springfield, Massachusetts on or about August 27, 2005;

(i) $9,000.00 in U.S. currency seized from a dresser drawer at 31 Braywood Circle, Springfield, Massachusetts on or about August 27, 2005;

(j) $59,980.00 in U.S. currency seized from a shoe box at 31 Braywood Circle, Springfield, Massachusetts on or about August 27, 2005;

(k) $2,200.00 in U.S. currency seized from a Sentry Safe found at 93 Florence Street, Apartment 1B, Springfield,

10

Massachusetts on or about August 28, 2005; and

(1) a Rolex Watch, further described as an 18 karat gold Rolex Oyster Perpetual Daytona Cosmograph Model 16525 bearing serial number U936638 valued at \$13,275.00, seized from a Sentry Safe found at 93 Florence Street, Apartment 1B, Springfield, Massachusetts on or about August 28, 2005.

2.   If any of the above-described forfeitable properties, as a result of any act or omission of the defendants:

1.   cannot be located upon the exercise of due diligence;

2.   have been transferred or sold to, or deposited with, a third party;

3.   have been placed beyond the jurisdiction of the Court;

4.   have been substantially diminished in value; or

5.   have been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable properties.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

11

A TRUE BILL

FOREPERSON OF THE GRAND JURY

Neil J. Gallagher, Jr.
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS; January 12, 2006

Returned into the District Court by the Grand Jurors and

filed.

DEPUTY CLERK     @ 1:30 PM
                    1/12/06

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston          **Category No.** ___I___    **Investigating Agency** __DEA__

**City** _____    **Related Case Information:**

**County** ___Suffolk___    Superseding Ind./ Inf. ___X___          Case No.    05-10235-GAO
                            Same Defendant    ___X___    New Defendant _____
                            Magistrate Judge Case Number    05-MJ-01133-JGD
                            Search Warrant Case Number _____
                            R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Sergio Elpidio Alcantara-Saladana          Juvenile   [ ] Yes   [x] No

Alias Name _____ Jose Delgado, "Sergio" _____

Address ___31 Braywood Circle, Springfield, MA___

Birth date (Year only):   1976   SSN (last 4 #): _____ Sex _M_ Race: _____ Nationality: Dominican

**Defense Counsel if known:**   Rosemary Scapicchio    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher    **Bar Number if applicable** _____

**Interpreter:**   [x] Yes [ ] No    **List language and/or dialect:**   **SPANISH**

**Matter to be SEALED:**    [ ] Yes   [X] No

          [ ] **Warrant Requested**    [ ] **Regular Process**    [X] **In Custody**

**Location Status:**

**Arrest Date:** ___8/27/05___

[X] **Already in Federal Custody as**  8/28/05 _____  in _____ .
[ ] **Already in State Custody** _____ [ ] **Serving Sentence** [ ] **Awaiting Trial**
[ ] **On Pretrial Release:   Ordered by** _____  on _____

**Charging Document:**    [ ] **Complaint**    [ ] **Information**    [ ] **Indictment**

**Total # of Counts:**    [ ] **Petty** _____  [ ] **Misdemeanor** _____ [x] **Felony**    2

**Continue on Page 2 for Entry of U.S.C. Citations**

[X]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:** 1/12/06        **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Sergio Elpidio Alcantara-Saladana _____

## U.S.C. Citations

|     | Index Key/Code | Description of Offense Charged | Count Numbers |
|-----|----------------|-------------------------------|---------------|
| Set 1 | 21 USC 846 | Conspiracy to distribute cocaine | 1 |
| Set 2 | 21 USC 841(a)(1) | Distribution of Oxycodone | 5 |
| Set 3 | 18 USC 853 | Drug Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** _____   **Category No.** ____I____   **Investigating Agency** __DEA__

**City** _____   **Related Case Information:**

**County** ____Suffolk____

Superseding Ind./ Inf. _____X_____   Case No. ___05-10235-GAO___
Same Defendant ___X___   New Defendant _____
Magistrate Judge Case Number ___05-MJ-01133-JGD___
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name ___Cesar Zapata___                    Juvenile   ☐ Yes   ☐ No

Alias Name ___"Nani"_____

Address ___93 Florence Street, Springfield, MA_____

Birth date (Year only): __1950__ SSN (last 4 #): _____ Sex _M_ Race: _____ Nationality: __Dominican__

**Defense Counsel if known:**   **David Apfel**               Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher_____   **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes ☐ No         List language and/or dialect:   __SPANISH__

**Matter to be SEALED:**   ☐ Yes   ☒ No

☐ **Warrant Requested**   ☐ **Regular Process**   ☒ **In Custody**

**Location Status:**

**Arrest Date:** ___8/27/05_____

☐ **Already in Federal Custody as** _____ in _____.
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☒ **On Pretrial Release:**   Ordered by __Judge Dein__   on __9/5/05__

**Charging Document:**   ☐ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony ___1___

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 1/12/06            Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Cesar Zapata, a/k/a "Nani" _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 841 | Conspiracy to distribute cocaine | 1 |
| Set 2  18 USC 853 | Drug Forfeiture Allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45  (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Boston          **Category No.** ___I___     **Investigating Agency** ___DEA___

**City** _____        **Related Case Information:**

**County** ___Suffolk___            Superseding Ind./ Inf. __X__          Case No.   05-10235-GAO
                                    Same Defendant ____X____    New Defendant _____
                                    Magistrate Judge Case Number   05-MJ-01133-JGD
                                    Search Warrant Case Number   _____
                                    R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name ___Heriberto Carrasco___          Juvenile     ☐ Yes    ☒ No

Alias Name   "Joselito" _____

Address  _____

Birth date (Year only): _1972_ SSN (last 4 #): _____ Sex _M_ Race: _____ Nationality: _Dominican_

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_____   **Bar Number if applicable** _____

**Interpreter:**      ☒ Yes ☐ No      **List language and/or dialect:** _____

**Matter to be SEALED:**      ☐ Yes   ☒ No

        ☐ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**      __FUGITIVE_____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____ **on** _____

**Charging Document:**      ☐ **Complaint**      ☐ **Information**      ☐ **Indictment**

**Total # of Counts:**      ☐ **Petty** _____   ☐ **Misdemeanor** _____  ☒ **Felony** ___1___

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:**  1/12/06          **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Heriberto Carrasco, a/k/a "Joselito" _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | Conspiracy to distribute cocaine | 1 |
| Set 2   18 USC 853 | Drug Forfeiture Allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** ___Boston___        **Category No.** ____I____        **Investigating Agency** ___DEA___

**City** _____        **Related Case Information:**

**County** ____Suffolk____

| | |
|---|---|
| Superseding Ind./ Inf. ___X___ | Case No.   05-10235-GAO |
| Same Defendant ____X____ | New Defendant _____ |
| Magistrate Judge Case Number | 05-mj-01133-JGD |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

Defendant Name ___George Sameuels___        Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address ___61 Appaloossa Lane, Springfield, MA___

Birth date (Year only): __1971__ SSN (last 4 #): _____ Sex _M_ Race: _____ Nationality: ___Dominican___

**Defense Counsel if known:** ___Vince Borgiani___        **Address:** _____
                                                          ___Springfield, MA___
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __Neil Gallagher__        **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes ☒ No        **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes    ☒ No

        ☐ **Warrant Requested**        ☐ **Regular Process**        ☒ **In Custody**

**Location Status:**

**Arrest Date:** ___August 27, 2005___

☒ **Already in Federal Custody as** __8/28/05__        in _____ .
☐ **Already in State Custody** _____        ☐ **Serving Sentence**    ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____        **on** _____

**Charging Document:**    ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony    2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:** 1/12/06        **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **George Samuels** _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | Conspiracy to distribute cocaine | 1 |
| Set 2  21 USC 841(A)(1) | Possession with Intent to Distribute Cocaine | 2 |
| Set 3  18 USC 853 | Drug Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Boston        **Category No.** I        **Investigating Agency** DEA

**City** _____        **Related Case Information:**

**County** Suffolk        Superseding Ind./ Inf.   X        Case No.   05-10235-GAO
Same Defendant        New Defendant   X
Magistrate Judge Case Number   05-MJ-01133-JGD
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   MANUEL FLORENTINO        Juvenile    ☐ Yes    ☒ No

Alias Name   Lilo; Primo

Address _____

Birth date (Year only):   1963   SSN (last 4 #): _____ Sex M Race:   Hispanic   Nationality:   Dominican

**Defense Counsel if known:**   **JOHN BENZAN**        **Address: 70 Warren Court**
**Roxbury, MA**
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   Neil Gallagher        **Bar Number if applicable** _____

**Interpreter:**    ☒ Yes  ☐ No        **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes    ☒ No

    ☒ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☒ **Already in State Custody** 2/15/05 _____ ☐ **Serving Sentence**  ☒ **Awaiting Trial**
☐ **On Pretrial Release:**  **Ordered by** _____ **on** _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony   2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

**Date:** 1/12/06        **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    MANUEL FLORENTINO _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | Conspiracy to distribute cocaine | 1 |
| Set 2  21 USC 841(a)(1) | Distribution of Oxycodone | 5 |
| Set 3  18 USC 853 | Drug Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                   **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Boston          **Category No.** ____I____   **Investigating Agency** __DEA__

**City** _____   **Related Case Information:**

**County** ____Suffolk____        Superseding Ind./ Inf. __X__        Case No.   05-10235-GAO
                                   Same Defendant _____   New Defendant _x_
                                   Magistrate Judge Case Number    05-MJ-01133-JGD
                                   Search Warrant Case Number   _____
                                   R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   CARLOS SANCHEZ                   Juvenile     ☐ Yes    ☒ No

Alias Name    "Joselito"

Address    _____

Birth date (Year only):  1970  SSN (last 4 #): _____  Sex _M_ Race: _____  Nationality: Dominican

**Defense Counsel if known:**  _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher            **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes ☐ No      **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes  ☒ No

        ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as  _____  in  _____ .
☒ Already in State Custody  2/15/05          ☐ Serving Sentence  ☒ Awaiting Trial
☐ On Pretrial Release:   Ordered by  _____  on  _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☐ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony   3

                    **Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:**  1/12/06            **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    CARLOS SANCHEZ _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC 846 | Conspiracy to distribute cocaine | 1 |
| Set 2   21 USC 841(a)(1) | Possession With Intent to Distribute Cocaine | 3 |
| Set 3   18 USC 924(c) | Ps of Firearm In Furtherance Drug Crime | 4 |
| Set 4   18 USC 853 | Drug Forfeiture Allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**