**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
|    vs. | ) | 05-CR-10235-04-GAO |
| | ) | |
| GEORGE SAMUELS | ) | |
| | ) | |

ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE
OPPOSITION TO DEFENDANT'S MOTION TO EXCLUDE WIRETAP EVIDENCE

The United States respectfully moves this Court for an extension of time, until Monday, March 13, 2006, to file supplemental opposition to defendant's motion to exclude wiretap evidence.  As grounds, the government submits that undersigned counsel completed a jury trial in front of Judge Saris on March 6, 2006.  Counsel for defendant assents to the granting of this motion and requests until March 25, 2006 to respond.  The government assents to this request.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                 By:  /s/ Neil J. Gallagher, Jr.
                     Neil J. Gallagher, Jr.
                     Assistant U.S. Attorney

Dated: March 8, 2006

<u>CERTIFICATE OF SERVICE</u>
    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.


                          _____
                          Neil J. Gallagher, Jr.
                          Assistant United States Attorney