UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No.05-10235-GAO |
| | ) | |
| v. | ) | Record Owner: |
| | ) | George Samuels |
| SERGIO ELPIDIO ALCANTARA-SALDANA, | ) | Kyanna M. Samuels |
| "a/k/a Jose Delgado" | ) | Property: |
| "a/k/a Erving Nieves" | ) | 61 Appaloosa Lane |
| "a/k/a "Ruben" | ) | West Springfield, |
| "a/k/a "Sergio" | ) | Massachusetts |
| | ) | |
| CESAR ZAPATA | ) | Deed |
| "a/k/a Nani" | ) | Book 14932, Page 576 |
| "a/k/a Zupra" | ) | |
| "a/k/a "Viejo" | ) | |
| "a/k/a "Commandante" | ) | |
| | ) | |
| HERIBERTO CARRASCO | ) | |
| "a/k/a Joselito" | ) | |
| "a/k/a Flaco," and | ) | |
| | ) | |
| GEORGE SAMUELS | ) | |
|     Defendants. | ) | |

**UNITED STATES' MOTION FOR RELEASE OF LIS PENDENS**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves that this Court authorize the United States to release the Lis Pendens recorded at the Hampden County Registry of Deeds against the real property, including all buildings and appurtenances, located at 61 Appaloosa Lane, West Springfield, Massachusetts (the "Defendant Property").

As grounds for this motion, the United States submits that George Samuels (the "Defendant"), will enter into a Purchase and

Sale Agreement for the Defendant Property, with the closing expected to be conducted on March 22, 2006, under which the buyer agrees to pay $465,000 for the Defendant Property. The United States and the Defendant agree that the net proceeds from the sale of the Defendant Property shall become the substitute *res* for the Defendant Property, and shall be held in the Seized Asset Deposit Fund, an interest-bearing account under the control of the United States Marshals Service pending resolution of this instant criminal forfeiture action.

WHEREFORE, the United States requests that the Court authorize the Lis Pendens to be released. A proposed Release of Lis Pendens is submitted herewith for consideration by the Court.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

    By /s/ Jennifer H. Zacks
    Jennifer H. Zacks
    Assistant U.S. Attorney
    1 Courthouse Way
    Suite 9200
    Boston, MA  02210
    (617) 748-3100

Dated: March 16, 2006

CERTIFICATE OF SERVICE

I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Motion for Release of Lis Pendens, as well as the proposed Release of Lis Pendens, were filed by the Electronic Court Filing System (ECF) and were served upon Vincent A. Bongiorni, Esquire, 95 State Street, Springfield, MA 01103-2000, as Counsel for the Defendant, George Samuels.

    /s/Jennifer H. Zacks
    Jennifer H. Zacks
    Assistant U.S. Attorney

Dated: March 16, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 05-10235-GAO |
| ) | |
| v. ) | <u>Record Owner</u>: |
| ) | George Samuels |
| SERGIO ELPIDIO ALCANTARA- ) | Kyanna M. Samuels |
| SALDANA, ) | |
| "a/k/a Jose Delgado" ) | <u>Property</u>: |
| "a/k/a Erving Nieves" ) | 61 Appaloosa Lane |
| "a/k/a "Ruben" ) | West Springfield, |
| "a/k/a "Sergio" ) | Massachusetts |
| ) | |
| CESAR ZAPATA ) | <u>Deed</u> |
| "a/k/a Nani" ) | Book 14932, Page 576 |
| "a/k/a Zupra" ) | |
| "a/k/a "Viejo" ) | |
| "a/k/a "Commandante" ) | |
| ) | |
| HERIBERTO CARRASCO ) | |
| "a/k/a Joselito" ) | |
| "a/k/a Flaco," and ) | |
| ) | |
| GEORGE SAMUELS ) | |
| Defendants. ) | |

## <u>RELEASE OF LIS PENDENS</u>

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases the <u>Lis Pendens</u> against the real property, including all buildings and appurtenances, located at 61 Appaloosa Lane, Massachusetts (the "Defendant Property"). For title to the Defendant Property, <u>see</u>, Quitclaim Deed recorded at Book 14932, Page 576 of the Hampden County Registry of Deeds, in the name of George Samuels and Kyanna M. Samuels, reflecting the conveyance of the property on April 6, 2005, by Vladimir Lapik to George Samuels and Kyanna M. Samuels, husband and wife tenants by the entirety, quitclaim

deed, a copy of which is attached.

This Release is made by agreement of the parties.

The <u>Lis Pendens</u> was recorded on September 13, 2005, at the Hampden County Registry of Deeds, a copy of which is attached.

Signed under the pains and penalties of perjury this 16th day of March, 2006.

                MICHAEL J. SULLIVAN
                United States Attorney

                By:<u>/s/Jennifer H. Zacks</u>
                     Jennifer H. Zacks
                     Assistant U.S. Attorney
                     1 Courthouse Way
                     Suite 9200
                     Boston, MA   02210
                     (617) 748-3100

                COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                   Boston

    Then personally appeared the above named Jennifer H. Zacks, Assistant United States Attorney, and acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

    Subscribed to and sworn before me this 16th day of March, 2006.

NICOLE E. SWIEC
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 2, 2007

Notary Public
My commission expires: 2/2/07

SO ORDERED AND ENDORSED:

_____
United States District Court Judge

Dated: _____

2

BK 15323 Pg 502 #78140
09-13-2005 @ 11:14a

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 05-10235-GAO |
| ) | |
| v. ) | Record Owner: |
| ) | George Samuels |
| SERGIO ELPIDIO ALCANTARA- ) | Kyanna M. Samuels |
| SALDANA, ) | |
| "a/k/a Jose Delgado" ) | Property: |
| "a/k/a Erving Nieves" ) | 61 Appaloosa Lane |
| "a/k/a "Ruben" ) | West Springfield, |
| "a/k/a "Sergio" ) | Massachusetts |
| ) | |
| CESAR ZAPATA ) | Deed |
| "a/k/a Nani" ) | Book 14932, Page 576 |
| "a/k/a Zupra" ) | |
| "a/k/a "Viejo" ) | |
| "a/k/a "Commandante" ) | |
| ) | |
| HERIBERTO CARRASCO ) | |
| "a/k/a Joselito" ) | |
| "a/k/a Flaco," and ) | |
| ) | |
| GEORGE SAMUELS ) | |
| Defendants. ) | |

LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, has caused an Indictment to be filed charging the defendant, George Samuels, and others, with violations of Title 21, United States Code, Sections 846, Conspiracy to Distribute Five Kilograms or More of Cocaine and Title 21, United States Code, Sections 841 Possession With Intent to Distribute Five Kilograms or More of Cocaine and Title 18, United States Code, Section 2, Aiding and Abetting. The Indictment includes a

forfeiture allegation, pursuant to 21 United States Code, Section 853, and alleges that the property located at 61 Appaloosa Lane, West Springfield, Massachusetts, constitutes, and/or is derived from, proceeds obtained, directly or indirectly, as a result of such violations, property used, or intended to be used, in any because there is a danger that the owner, if notified in advance of the endorsement of the memoranda, will convey, encumber, damage or destroy the Defendant Property or the improvements thereon.

For title to the property, see Quitclaim Deed recorded at Book 14932, Page 576 of the Hampden County Registry of Deeds, in the name of George Samuels and Kyanna M. Samuels, reflecting the conveyance of the property on April 6, 2005, by Vladimir Lapik to George Samuels and Kyanna M. Samuels, husband and wife tenants by the entirety, quitclaim deed, a copy of which is attached.

Respectfully submitted,

MICHAEL J. SULLIVAN
United State Attorney

By: /s/ Jennifer H. Zacks

JENNIFER H. ZACKS
Assistant U.S. Attorneys
Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

2

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.

OATH

The undersigned Jennifer H. Zacks, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and building as described above.

_____
Jennifer H. Zacks
Assistant U.S. Attorney

Dated: 9/7/05

Then personally appeared the above-named Jennifer H. Zacks, Assistant United States Attorney, and acknowledge the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before this 7 day of September, 2005.

_____
NOTARY PUBLIC
My Commission expires: Feb 2, 2007

NICOLE E. SWIEC
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 2, 2007

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon.

SO ORDERED AND ENDORSED:

_____
United States District Judge
Date: 9/8/05

DONALD E. ASHE, REGISTER
HAMPDEN COUNTY REGISTRY OF DEEDS

3

Bk 14932 Pg576 #26624

# QUITCLAIM DEED

04-08-2005 @ 02:06p

KNOW ALL MEN BY THESE PRESENTS, I, Vladimir Lapik of West Springfield, Massachusetts

In full consideration of FOUR HUNDRED THOUSAND AND 00/100 ($400,000.00) DOLLAR(S)

Grant(s) to George Samuels and Kyanna M. Samuels husband and wife tenants by the entirety of 31 Braywood Circle, Indian Orchard, MA

with QUITCLAIM COVENANTS

The land in West Springfield, Hampden County, Massachusetts as is shown on Exhibit "A" annexed hereto and incorporated herein by reference.

BEING the same premises conveyed to the Grantor(s) herein by deed dated April 15, 2004, and recorded in the Hampden County Registry of Deeds in Book 14097, Page 470.

BEING the premises most commonly known as 61 Appaloosa Lane, West Springfield, Massachusetts

WITNESS My/Our hand(s) and seal(s) this 6th day of April 2005.

_Vlad Lapik_
Vladimir Lapik

COMMONWEALTH OF MASSACHUSETTS

Hampden, ss.

On this 6th day of April, 2005, before me, the undersigned notary public, personally appeared Vladimir Lapik proved to me through satisfactory evidence of identification which were MA LICENSES to be the person(s) whose name(s) is/are signed on the preceding or attached document, and acknowledged to me that he/she/they signed it voluntarily for its stated purpose.

_Lisa Glushien_
Lisa Glushien, Notary Public
My Commission Expires: 10/22/2010

Property address: 61 Appaloosa Lane, West Springfield, Massachusetts

Bk 14932  Pg 577  #26624

## SCHEDULE A

A certain parcel of land known as Lot 4 as shown on a plan entitled "Morgan Hills Estates" revised on December 29, 1999 prepared by D.L. Bean, Inc. and recorded in the Hampden County Registry of Deeds, Book of Plans 316, Page 68, to which plan and record thereof reference is hereby made for a particular description.

SUBJECT to a Declaration of Restrictive Covenants recorded in the Hampden County Registry of Deeds Book 11417, Page 479 as amended in Book 11627, Page 561.

SUBJECT to Superseding Orders of Conditions recorded in the Hampden County Registry of Deeds Book 11352, Page 274 and 289.

SUBJECT to the permanent restriction that there shall be no filling, dredging, or other alteration of the wetlands.

SUBJECT to restrictions and encumbrances of record.

SUBJECT to the rights of others to use Appaloosa Lane for all purposes customarily used as a road.





DONALD E. ASHE, REGISTER
HAMPDEN COUNTY REGISTRY OF DEEDS