UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10235-GAO |
| ) | |
| GEORGE SAMUELS ) | |

**MOTION TO EXTEND TIME TO RESPOND TO GOVERNMENT'S OPPOSITION TO MOTION TO REVOKE DETENTION ORDER AND MOTION FOR RECONSIDERATION**

    Now comes the defendant in the above entitled matter and moves this Honorable Court for an extension of time to respond to the Government's opposition to the Motion to Revoke Detention Order and Motion for Reconsideration.

    Counsel for the defendant has conferred with AUSA Neil Gallagher who expresses no objection to the allowance of this motion

    WHEREFORE, counsel requests an extension of time until April 5, 2006 to file a responsive pleading.

Respectfully submitted,

THE DEFENDANT

BY: /s/ Vincent A. Bongiorni
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

    I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to Assistant United States Attorney, Neil Gallagher, United States Courthouse, One Courthouse Way, Boston, MA this 24th day of March 2006.

/s/ Vincent A. Bongiorni