UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 05-10235-GAO |
| | ) | |
| v. | ) | Record Owner: |
| | ) | George Samuels |
| SERGIO ELPIDIO ALCANTARA-SALDANA, | ) | Kyanna M. Samuels |
| "a/k/a Jose Delgado" | ) | |
| "a/k/a Erving Nieves" | ) | Property: |
| "a/k/a "Ruben" | ) | 61 Appaloosa Lane |
| "a/k/a "Sergio" | ) | West Springfield, |
| | ) | Massachusetts |
| CESAR ZAPATA | ) | |
| "a/k/a Nani" | ) | Deed |
| "a/k/a Zupra" | ) | Book 14932, Page 576 |
| "a/k/a "Viejo" | ) | |
| "a/k/a "Commandante" | ) | |
| | ) | |
| HERIBERTO CARRASCO | ) | |
| "a/k/a Joselito" | ) | |
| "a/k/a Flaco," and | ) | |
| | ) | |
| GEORGE SAMUELS | ) | |
| Defendants. | ) | |

## RELEASE OF LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases the Lis Pendens against the real property, including all buildings and appurtenances, located at 61 Appaloosa Lane, Massachusetts (the "Defendant Property"). For title to the Defendant Property, see, Quitclaim Deed recorded at Book 14932, Page 576 of the Hampden County Registry of Deeds, in the name of George Samuels and Kyanna M. Samuels, reflecting the conveyance of the property on April 6, 2005, by Vladimir Lapik to George Samuels and Kyanna M. Samuels, husband and wife tenants by the entirety, quitclaim

deed, a copy of which is attached .

This Release is made by agreement of the parties.

The <u>Lis Pendens</u> was recorded on September 13, 2005, at the Hampden County Registry of Deeds, a copy of which is attached.

Signed under the pains and penalties of perjury this 16th day of March , 2006.

MICHAEL J. SULLIVAN
United States Attorney

By:/s/Jennifer H. Zacks
Jennifer H. Zacks
Assistant U.S. Attorney
1 Courthouse Way
Suite 9200
Boston, MA  02210
(617) 748-3100

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                    Boston

Then personally appeared the above named Jennifer H. Zacks, Assistant United States Attorney, and acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn before me this 16th day of March , 2006.

NICOLE E. SWIEC
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 2, 2007

Notary Public
My commission expires: 2/2/07

SO ORDERED AND ENDORSED:

United States District Court Judge

Dated: 3/29/06

2