

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*

*United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

April 24, 2006

Vincent A. Bongiorni, Esq.
95 State Street
Suite 309
Springfield, MA 01103

    Re:  United States v. George Samuels
          Criminal No. 05-10235-GAO

Dear Counsel:

    I am writing in response to your written request for additional discovery dated January 23, 2006.

    Requests 1

    Under LR 116.5(A)(2), the date upon which expert witness evidence is required to be disclosed is determined on the initial pre-trial conference before the District Court Judge.  In this case, the government, at the very least, will present expert witness evidence regarding the cocaine that was seized and fingerprint evidence.  The government will agree to provide appropriate disclosures for expert witness at the pretrial status conference.

    Request 2

    The government, at this time, will not be disclosing any hand written notes.  See United States v. Herman Melo, 411 F.Supp. 2d 17 (Jencks Act does not require production of handwritten notes).  Furthermore, pursuant to LR 116.9, the government has directed the law enforcement agents responsible for the investigation to ensure that all notes are preserved.

    Requests 3, including 3(a) through 3(i)

    As asserted in the government's automatic discovery letter dated September 23, 2005: The affidavit filed in support of the

criminal complaint refers to three different cooperating witnesses, identified as CW-1, CW-2, and CW-3.  The affidavit also provided some information relevant to 116.2(B)(1)(c - e). In addition to this information, please be advised that CW-3 has pled guilty to a federal drug offense and has been cooperating with DEA in hopes in obtain leniency at sentencing and assistance in immigration status.  Other than this information, pursuant to LR 116.6(B), the government is declining to provide further any further information pursuant to regarding CW-1, CW-2, and CW-3.

The government will provide all relevant information concerning any cooperating witnesses as required by LR 116.2(B)(1)(c-e) and 116.2(B)(2) twenty-one days before trial.

Furthermore, please be advised that at this time the government does not intend to call as trial witnesses any individuals who were registered confidential informants or confidential sources of information.  Therefore, much of the information you request does not apply.

Request 7(j)
As previously described, the law enforcement agents who made these observations did not make them from any protected location.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:
                              /s/ Neil Gallagher
                              Neil J. Gallagher, Jr.
                              Assistant U.S. Attorney
                              Charles Dolan
                              Special Assistant U.S. Attorney

cc:   Thomas Quinn
      Clerk to the Honorable Judith G. Dein
      (w/o enclosure(s))