UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10235-GAO

UNITED STATES OF AMERICA

v.

SERGIO ELPIDIO ALCANTARA-SALDANA
GEORGE SAMUELS
MANUEL FLORENTINO
CARLOS SANCHEZ
HERIBERTO CARRASCO

**FURTHER ORDER ON EXCLUDABLE TIME**

July 6, 2006

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

July 6, 2006 through August 7, 2006

that being the period between the Interim Status Conference and the next Status Conference.

Based upon the prior orders of the court dated September 9, 2005, October 20, 2005, November 9, 2005, November 16, 2005, January 19, 2006, February 28, 2006. April 4, 2006, May 4, 2006 and this order, at the time of the next Status Conference on August 7, 2006, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

                                      / s / Judith Gail Dein
                                      JUDITH GAIL DEIN

United States Magistrate Judge