```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )        CRIMINAL ACTION
        v.                     )
                               )        05-10235-GAO
SERGIO E. ALCANTARA-SALDANA    )
et al.                         )
                               )
```

## JOINT STATUS REPORT

Pursuant to Local Rule 116.5(A), the United States and defendants, through their counsel, respectfully submits this status report in connection with the interim status conference scheduled for Monday, August 7, 2006.

1. Local Rule 116.3 Timing Requirements

At the time of the defendants' detention hearings in this case, the government disclosed to defense counsel the *Jencks* material for government witness DEA SA John Barron, which included SA Barron's DEA 6 reports and wiretap affidavits. On September 20, 2005, the government filed an assented to motion for an extension of time, until September 23, 2005, to provide automatic discovery pursuant to LR 116.1(C) which the Court granted on September 26, 2005. On September 23, 2005, the government automatic discovery pursuant to LR 116.1(C).

On January 12, 2006, a Superseding Indictment was returned which added two additional defendants to the indictment, Carlos Sanchez and Manuel Florentino. On February 2, 2006, defendant Heriberto Carrasco was arrested in Southern District of New York. Defendant Carrasco made his initial appearance on the Superseding Indictment on February 27, 2006 and was appointed J. Martin Richey from the Federal Public Defender's Office represent him.

On March 20, 2006, attorney Charles W. Rankin was appointed by the court to represent defendant Carlos Sanchez. Attorney Rankin was appointed by the court following the government's motion for a *Foster* hearing to disqualify attorney Vincent A. Bongiorni from representing both defendants Samuels and defendant Sanchez.

On July 24, 2006, Assistant Federal Public Defender Syrie Fried entered her appearance for defendant Heriberto Carrasco in lieu of AFPD J. Martin Richey.

Both attorney Rankin and attorney Fried are requesting relief from the LR 116.3 time requirement to submit letters requesting discovery due to volume of the evidence produced by the government.

2. Expert Testimony

At trial on the pending indictment, the government anticipates that it will present the testimony of one or more forensic chemists regarding the content of controlled substances seized during this case. The government may also present non-expert opinion testimony and expert opinion testimony pursuant to Fed. R. Evid. 701 and 703 by law enforcement agents regarding the content and meaning of the intercepted phone calls. As indicated previously, the defendants intend to oppose this testimony in the form of a motion in limine or in a request for a *Daubert* hearing.

3. Additional Discovery

The government does not anticipate providing additional discovery except for 21-day discovery, Rule 404(b), and other trial related materials.

4. Motion Date

Each of the defendants anticipate filing a joint motion to

suppress the wiretap evidence. Defendant Sanchez anticipates filing a motion to transfer the case to the Western Section of the District of Massachusetts and a Motion to Suppress. The parties submit that the court should not set a date for the filing of pre-trial motions. Counsel for Carracso's cannot yet determine what substantive motions might be filed for him, given her recent appearance in the case.

5. <u>Periods of Excludable Delay</u>

The parties submit that the court should exclude the time under the Speedy Trial Act from the date of the court's interim status conference on August 7, 2006 until the Final Status Conference.

6. <u>Anticipated Length of Trial</u>

The government anticipates a trial in this matter for each of the six defendants which would last approximately eight weeks.

7. <u>Final Status Conference</u>

A Final Status Conference should be scheduled within two months.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:     /s/ Neil Gallagher
        Neil J. Gallagher, Jr.
        Assistant U.S. Attorney

By:     /s/ Rosemary C.Scapicchio/njg
        **Rosemary C. Scapicchio**
        Law Office of Rosemary C.
        Scapicchio
        Four Longfellow Place
        37th Floor

```
                              Boston, MA 02114
                              Counsel for SERGIO E.
                              ALCANTARA-SALDANA


              By:             /s/ Vincent A. Bongiorni/njg
                              Vincent A. Bongiorni
                              95 State Street
                              Suite 309
                              Springfield, MA 01103
                              Counsel for GEORGE SAMUELS

                              /s/ John Benzan/njg
              By:             John Benzan
                              Law Offices of John Benzan
                              Suite 8
                              70 Warren Street
                              Roxbury, MA 02119


              By:             /s/ Syrie Fried/njg
                              Syrie Fried
                              Assistant Federal Public Defender
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA 02210
                              Attorney for Heriberto Carrasco

              By:             /s/ Charles Rankin/njg
                              Charles W. Rankin
                              Rankin & Sultan
                              151 Merrimac Street
                              Second Floor
                              Boston, MA 02114-4717
                              Attorney for Carlos Sanchez
```

Date: August 4, 2006