```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| v. ) | |
| ) | 05-10235-GAO |
| SERGIO E. ALCANTARA-SALDANA ) | |
| et al. ) | |
| ) | |

### GOVERNMENT'S PROPOSED JOINT STATUS REPORT

Pursuant to Local Rule 116.5(C) and in anticipation of the final status conference scheduled for October 4, 2006 in this matter, the United States respectfully submits this proposed joint status report. Thus far, counsel for CARLOS SANCHEZ has reviewed and approved the final status report. Counsel for HERIBERTO CARRASCO is requesting an additional status hearing. Counsel for defendants SERGIO E. ALCANTARA-SALDANA, GEORGE SAMUELS, and MANUEL FLORENTINO have not had an opportunity to review the proposed status report.

(1) There are no outstanding discovery issues to be presented or resolved by the Court. Defendants, however, intend to file a joint submission requesting additional discovery

(2) The government does not anticipate producing any additional discovery other than 21 day discovery under LR 117.1(a)(4), expert witness discovery if necessary regarding the testimony of DEA forensic chemists or fingerprint experts 30 days in advance of trial, and trial exhibits consisting of wiretap transcripts and other documents obtain by trial subpoena. Defendants do not anticipate producing any discovery at this point.

(3) Defendants do not intend to raise a defense of insanity or public authority.

(4) The government requested notice of alibi as part of its automatic discovery letter to defense counsel. Defendants, however, do not intend to offer an alibi defense.

(5) Defendants do intend to file motions to suppress evidence including the wiretap, to sever, and to transfer the case to the District Court in Springfield, Massachusetts or any other motion requiring a ruling by the Court.

(6) A pretrial schedule needs to be set in this case regarding a deadline for the filing of pretrial motions.

(7) The government has discussed a resolution of the case without trial with some of the parties, but no resolution has yet been reached.

(8) Speedy Trial Act

    a. On January 12, 2006, a superseding indictment was returned naming each of the defendant in this case.

    b. On January 19, 2006, defendants 1) Sergio Elpidio Alcantara-Saldana, 2) Cesar Zapata, 4) George Samuels, 5) Manuel Florentino and 6) Carlos Sanchez were arraigned and pled not guilty.

    c. On January 23, 2006, the court entered an order on EXCLUDABLE DELAY as to Sergio Elpidio Alcantara-Saldana, George Samuels, Manuel Florentino, Carlos Sanchez, excluding the time from 1/19/06 until 2/16/06. The same day, the court also entered an order referring defendant Cesar Zapata to the U.S. District Court.

    d. On February 23, 2006, defendant Heriberto Carrasco made his first appearance on the superseding indictment in the District of Massachusetts. Defendant Carrasco was arraigned on the indictment on February 27, 2006.

e. On February 28, 2006, the court entered an order on excludable delay as to defendant Carrasco from 2/27/06 until 3/27/06.

f. On March 3, 2006, the court entered an order on excludable delay as to defendants Manuel Florentino, Carlos Sanchez, Sergio Elpidio Alcantara-Saldana, George Samuels from 2/28/06 until 4/4/06.

g. On April 7, 2006, the court entered an order on excludable delay as to defendants Manuel Florentino, Carlos Sanchez, Sergio Elpidio Alcantara-Saldana, Heriberto Carrasco, George Samuels Time from 4/4/06 until 5/4/06.

h. On May 5, 2006, the court entered an order on excludable delay as to defendants Manuel Florentino, Carlos Sanchez, Sergio Elpidio Alcantara-Saldana, Heriberto Carrasco, George Samuels Time from 5/4/06 until 7/6/06

i. On August 9, 2006, the court entered an order on excludable delay as to defendants Manuel Florentino, Carlos Sanchez, Sergio Elpidio Alcantara-Saldana, Heriberto Carrasco, George Samuels from 8/7/06 until 10/4/06.

j. Accordingly, under pursuant to Local Rule 112.2(A)(2) and 18 U.S.C. §3161(h)(8)(A), 70 days remain for Speedy Trial Act purposes.

(9) The parties anticipate that there will be a trial in this case which will last approximately four to six weeks.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By:                /s/ Neil Gallagher
                     Neil J. Gallagher, Jr.
                     Assistant U.S. Attorney


By:                /s/ Syrie Fried/njg
                     Syrie Fried
                     Assistant Federal Public Defender
                     408 Atlantic Avenue, 3rd Floor
                     Boston, MA 02210
                     Attorney for Heriberto Carrasco

By:                /s/ Charles Rankin/njg
                     Charles W. Rankin
                     Rankin & Sultan
                     151 Merrimac Street
                     Second Floor
                     Boston, MA 02114-4717
                     Attorney for Carlos Sanchez

Date: October 4, 2006