IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| v. ) | |
| ) | 05-10235-GAO |
| SERGIO E. ALCANTARA-SALDANA ) | |
| et al. ) | |
| ) | |

**UNITED STATES' MOTION FOR LR 117.1 PRETRIAL CONFERENCE**

Pursuant to Local Rule 116.5(C) and 117.1, the government respectfully moves this Court to transfer the instant case to the U.S. District Court for a LR 117.1 Pretrial Conference for the setting of a trial date. The government objects to any further status conferences before the U.S. Magistrate Court's session. As grounds, the government submits the following:

On September 1, 2005, anindictment was returned charging defendants (1) Sergio Elpidio Alcantara-Saldana, (2) Cesar Zapata, (3) Heriberto Carrasco, and (4) George Samuels with conspiracy to distribute cocaine. On October 12, 2005 and November 16, 2005, the court held status conferences pursuant to LR 116.5.

On January 12, 2006, a superseding indictment was returned which added defendants (5) Manuel Florentino and (6) Carlos Sanchez to the pending case. With the exception of defendant Carrasco, each of the defendants were arraigned on the superseding indictment on January 19, 2006. Defendant Heriberto Carrasco was arraigned on the indictment on February 27, 2006. Carrasaco was a fugitive since September 1, 2005 and was arrested in New York on February 2, 2006.

The court held LR 116.5 status conferences on February 28, 2006, April 4, 2006, July 6, 2006, August 7, 2006, and most

recently on October 4, 2006. On each occasion, the government assented to a continuance for the purpose of permitting the defendants to review discovery, which does contain approximately 2169 pages of documents and MA state wiretaps over seven different cellular phones.

The government submits that there are no outstanding discovery issues or disputes which have been brought to the government's attention. The last written request for discovery which the government received from any of the defendants was in April 2006. Defendants have not filed any substantive motions.

On November 11, 2006, defendant SAMUELS filed a motion for reconsideration of U.S. District Court's denial of his motion for bail which was denied on June 26, 2006. In that motion, the defendant expresses due process concerns regarding his extended pretrial detention.

For the above cited reasons, the government respectfully moves this Court to transfer the instant case to the U.S. District Court for a LR 117.1 Pretrial Conference for the setting of a trial date.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

By:      /s/ Neil Gallagher
            Neil J. Gallagher, Jr.
            Assistant U.S. Attorney

Date: November 29, 2006