UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10235-GAO

UNITED STATES OF AMERICA

v.

SERGIO ELPIDIO ALCANTARA-SALDANA
GEORGE SAMUELS
MANUEL FLORENTINO
CARLOS SANCHEZ
HERIBERTO CARRASCO

**FURTHER ORDER ON EXCLUDABLE TIME**

November 29, 2006

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

November 29, 2006 through February 15, 2007,

that being the period between the Interim Status Conference and the date by which the defendants' motions are to be filed.

Based upon the prior orders of the court dated September 9, 2005, October 20, 2005, November 9, 2005, November 16, 2005, January 19, 2006, February 28, 2006, April 4, 2006, May 4, 2006, July 6, 2006, August 7, 2006, October 4, 2006 (status report) and this order, as of February 15, 2007 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

                                         / s / Judith Gail Dein
                                         JUDITH GAIL DEIN

United States Magistrate Judge