UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10235-GAO |
| ) | |
| GEORGE SAMUELS ) | |

## MOTION TO EXTEND TIME TO FILE SUBSTANTIVE MOTIONS

Now comes the defendant, by and through counsel, in the above entitled matter and moves this Honorable Court for an extension of time to file substantive motions, and as his basis, therefore, states the following;

Counsel for the defendant had been called for Trial in the Hampden County Superior Court on the matters of Commonwealth v. Soler, Docket #05-955, Commonwealth v. Acevedo, Docket #06-0147, and Commonwealth v. Long, Docket #06-398. Counsel just completed Trial in the matter of Commonwealth v. Gonzalez, Docket #05-574. Counsel has begun Trial in the United States District Court in the matter of United States v. Zak, Docket #06-30011 and this is expected to continue through mid March.

As of the filing of this motion counsel has been unable to contact AUSA Neil Gallagher to ascertain his response to this motion.

WHEREFORE, counsel requests an extension of time until March 1, 2007 in which to file substantive motions.

Respectfully submitted,

THE DEFENDANT

BY: /s/ Vincent A. Bongiorni
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to Assistant United States Attorney, Neil Gallagher, United States Courthouse, One Courthouse Way, Boston, MA this 14th day of February 2007.

/s/ Vincent A. Bongiorni