IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | 05-10235-GAO |
| SERGIO E. ALCANTARA-SALDANA | ) | |
| et al. | ) | |
| | ) | |

**ASSENTED TO MOTION TO CONTINUE FINAL STATUS CONFERENCE**

The government respectfully moves this Court to continue the final status conference currently scheduled for March 15, 2007 at 2:00 PM until March 20, 2007 at 3:30 PM. As grounds, the government submits that undersigned counsel is available and out of the state on March 15, 2007. Undersigned counsel has contacted each counsel of record who each assent to the granting of the government's motion.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

      By:        /s/ Neil Gallagher
                   Neil J. Gallagher, Jr.
                   Assistant U.S. Attorney

Date: March 12, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                                        /s/ Neil Gallagher
                                        Neil J. Gallagher, Jr.
                                        Assistant United States Attorney

Date: March 12, 2007