UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10235-GAO

UNITED STATES OF AMERICA

v.

SERGIO ELPIDIO ALCANTARA-SALDANA
HERBERTO CARRASCO
GEORGE SAMUELS
MANUEL FLORENTINO
CARLOS SANCHEZ

**FURTHER ORDER ON EXCLUDABLE TIME**

March 13, 2007

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

February 15, 2007 through March 20, 2007

that being the period between the scheduled Final Status Conference and the continued Final Status Conference.

Based upon the prior orders of the court dated September 9, 2005, October 20, 2005, November 16, 2005, January 19, 2006, February 28, 2006, April 4, 2006, May 4, 2006, July 6, 2006, August 7, 2006, November 29, 2006 and this order, at the time of the Final Status Conference on March 20, 2007, there will be zero (0) days of non-

-2-

excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge