UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

NO. 05-CR-10235-06-GAO

_____

UNITED STATES

v.

CARLOS SANCHEZ,
Defendant

_____

**MOTION TO ENLARGE TIME FOR FILING SUBSTANTIVE MOTIONS**

The defendant Carlos Sanchez moves the Court for an order enlarging the time for filing substantive motions up to and including Monday, March 31, 2007, the same date that has been established for the co-defendant Sergio Elpidio Alcantara-Saldana. In support of this motion, the defendant, by his counsel, states that he expects to file a motion to transfer the case to the Western Section of the District, and a Motion to Suppress Evidence that is separate and distinct from the Motion to Suppress to be filed by other defendants. Counsel has almost completed work on the motions and requires the additional time because counsel has not yet completed the necessary work.

Respectfully submitted
The defendant Carlos Sanchez
By his counsel

/s/ Charles W. Rankin
_____
Charles W. Rankin
BBO No. 411780
Rankin & Sultan
151 Merrimac St.
Boston, MA 02114-4717
(617) 720-0011

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 20, 2007.

    /s/ Charles W. Rankin
    _____
    Charles W. Rankin