```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )        CRIMINAL ACTION
           v.                   )
                                )        05-10235-GAO
SERGIO E. ALCANTARA-SALDANA     )
et al.                          )
                                )
```

**UNITED STATES' SECOND MOTION FOR LR 117.1 PRETRIAL CONFERENCE**

Pursuant to Local Rule 116.5(C) and 117.1, the government respectfully moves this Court to transfer the instant case to the U.S. District Court for a LR 117.1 Pretrial Conference for the setting of a trial date. The government objects to any further status conferences before the U.S. Magistrate Court's session. As grounds, the government submits the following:

On September 1, 2005, an indictment was returned charging defendants (1) Sergio Elpidio Alcantara-Saldana, (2) Cesar Zapata, (3) Heriberto Carrasco, and (4) George Samuels with conspiracy to distribute cocaine. On October 12, 2005 and November 16, 2005, the court held status conferences pursuant to LR 116.5.

On January 12, 2006, a superseding indictment was returned which added defendants (5) Manuel Florentino and (6) Carlos Sanchez to the pending case. With the exception of defendant Carrasco, each of the defendants were arraigned on the superseding indictment on January 19, 2006. Defendant Heriberto Carrasco was arraigned on the indictment on February 27, 2006. Carrasaco was a fugitive since September 1, 2005 and was arrested in New York on February 2, 2006.

The court held LR 116.5 status conferences on February 28, 2006, April 4, 2006, July 6, 2006, August 7, 2006, and most

recently on October 4, 2006.  On each occasion, the government assented to a continuance for the purpose of permitting the defendants to review discovery, which does contain approximately 2169 pages of documents and MA state wiretaps over seven different cellular phones.

The government submits that there are no outstanding discovery issues or disputes which have been brought to the government's attention.  The last written request for discovery which the government received from any of the defendants was in April 2006.  With the exception of defendant SAMUELS, defendants have not filed any substantive motions.

On November 11, 2006, defendant SAMUELS filed a motion for reconsideration of U.S. District Court's denial of his motion for bail which was denied on June 26, 2006.  In that motion, the defendant expresses due process concerns regarding his extended pretrial detention.

On November 29, 2006, the court held a status conference.  The government objected to any further status conference and filed a motion on for a LR 117.1 pretrial conference before the District Court judge.  Since that time, the government has not received any requests for discovery.

    For the above cited reasons, the government respectfully moves this Court to transfer the instant case to the U.S. District Court for a LR 117.1 Pretrial Conference for the setting of a trial date and hearings on defendants' pretrial motions.  A proposed final status reports is enclosed as an Attachment.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                              United States Attorney

By:       /s/ Neil Gallagher
            Neil J. Gallagher, Jr.
            Assistant U.S. Attorney

Date: March 20, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

                              /s/ Neil Gallagher
                              Neil J. Gallagher, Jr.
                              Assistant United States Attorney

Date: March 20, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| v. ) | |
| ) | 05-10235-GAO |
| SERGIO E. ALCANTARA-SALDANA ) | |
| et al. ) | |
| ) | |

**FINAL STATUS REPORT**

Pursuant to Local Rule 116.5(C) and in anticipation of the final status conference scheduled for November 29, 2006 in this matter, the United States respectfully submits this proposed status report. The government submit as follows:

(1) There are no outstanding discovery issues to be presented or resolved by the Court.

(2) The government does not anticipate producing any additional discovery other than 21 day discovery under LR 117.1(a)(4), expert witness discovery if necessary regarding the testimony of DEA forensic chemists or fingerprint experts 30 days in advance of trial, and trial exhibits consisting of wiretap transcripts and other documents obtain by trial subpoena. Defendants do not anticipate producing any discovery at this point.

(3) Defendants do not intend to raise a defense of insanity or public authority.

(4) The government requested notice of alibi as part of its automatic discovery letter to defense counsel. Defendants, however, do not intend to offer an alibi defense.

(5) Defendants do intend to file motions to suppress evidence including the wiretap, to sever, and to transfer the case to the District Court in Springfield, Massachusetts or any other motion

requiring a ruling by the Court.

(6) The government has discussed a resolution of the case without trial with some of the parties, but no resolution has yet been reached.

(7) Speedy Trial Act

    a. On January 12, 2006, a superseding indictment was returned naming each of the defendant in this case.

    b. On January 19, 2006, defendants 1) Sergio Elpidio Alcantara-Saldana, 2) Cesar Zapata, 4) George Samuels, 5) Manuel Florentino and 6) Carlos Sanchez were arraigned and pled not guilty.

    c. On January 23, 2006, the court entered an order on EXCLUDABLE DELAY as to Sergio Elpidio Alcantara-Saldana, George Samuels, Manuel Florentino, Carlos Sanchez, excluding the time from 1/19/06 until 2/16/06. The same day, the court also entered an order referring defendant Cesar Zapata to the U.S. District Court.

    d. On February 23, 2006, defendant Heriberto Carrasco made his first appearance on the superseding indictment in the District of Massachusetts. Defendant Carrasco was arraigned on the indictment on February 27, 2006.

    e. On February 28, 2006, the court entered an order on excludable delay as to defendant Carrasco from 2/27/06 until 3/27/06.

    f. On March 3, 2006, the court entered an order on excludable delay as to defendants Manuel Florentino, Carlos Sanchez, Sergio Elpidio Alcantara-Saldana, George Samuels from 2/28/06 until 4/4/06.

  g. On April 7, 2006, the court entered an order on excludable delay as to defendants Manuel Florentino, Carlos Sanchez, Sergio Elpidio Alcantara-Saldana, Heriberto Carrasco, George Samuels Time from 4/4/06 until 5/4/06.

  h. On May 5, 2006, the court entered an order on excludable delay as to defendants Manuel Florentino, Carlos Sanchez, Sergio Elpidio Alcantara-Saldana, Heriberto Carrasco, George Samuels Time from 5/4/06 until 7/6/06

  i. On August 9, 2006, the court entered an order on excludable delay as to defendants Manuel Florentino, Carlos Sanchez, Sergio Elpidio Alcantara-Saldana, Heriberto Carrasco, George Samuels from 8/7/06 until 10/4/06.

  j. No order for excludable delay was entered for the time period of 10/4/06 until 11/29/06.  However, on 10/5/06, defendant Sanchez filed a motion for a bail hearing.  A hearing was held on the motion on 10/8/06, though the motion for release has not yet been resolved.  Furthermore, on 11/1/06, defendant Samuels filed a motion for reconsideration of U.S. District Court's denial of his motion for bail which was denied on 6/26/06.  This motion was denied on 12/12/06.  Therefore, under 18 U.S.C. §3161(h)(1)(F), the time between 10/5/06 through 12/12/06 is excluded under the Speedy Trial Act.

  k. On November 29, 2006, the court entered an order on excludable delay as to defendants Manuel Florentino, Carlos Sanchez, Sergio Elpidio Alcantara-Saldana, Heriberto Carrasco, George Samuels from 11/29/06 until 2/15/06.

  l. On March 1, 2007, defendant SAMUELS filed a motion

to suppress evidence. The government will be requesting additional time to respond to the motion. The motion, thus, remains pending.

   m. On March 1, 2007, defendant ALCANTARA-SALDANA filed an assented to motion for an extension of time to file substantive motions until March 31, 2007. On March 20, 2007, defendant SANCHEZ filed a motion for an extension of time to file substantive motions.

   n. Therefore, under pursuant to Local Rule 112.2(A)(2) and 18 U.S.C. §3161(h)(8)(A), **56 days** remain for Speedy Trial Act purposes.

 (9) The parties anticipate that there will be a trial in this case which will last approximately four to six weeks.

         Respectfully submitted,

         MICHAEL J. SULLIVAN
         United States Attorney

   By:  /s/ Neil Gallagher
       Neil J. Gallagher, Jr.
       Assistant U.S. Attorney

Date: March 20, 2007