UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10235-GAO

UNITED STATES OF AMERICA

v.

SERGIO ELPIDIO ALCANTARA-SALDANA
GEORGE SAMUELS
MANUEL FLORENTINO
CARLOS SANCHEZ
HERIBERTO CARRASCO

**FINAL STATUS REPORT**

March 20, 2007

DEIN, M.J.

A Final Status Conference was held before this court on Tuesday, March 20, 2007 pursuant to the provisions of Local Rule 116.5(C). Based on that Conference, this court enters the following report and orders with respect to the above identified defendants[1]:

1. It appears at this time that a trial will be necessary, although some parties are engaged in discussions with the government.

2. Discovery is completed at this time, except for any expert discovery. A discovery schedule for the production of such discovery should be set at the Pre-trial conference. In addition, the defendants may seek to preclude expert testimony proffered by the government by filing a motion in limine or a request for a <u>Daubert</u> hearing.

3. There are no outstanding or anticipated discovery motions.

---

[1] A final status report has been filed with respect to the defendant Cesar Zapata.

4. The defendant Samuels has filed a motion to suppress. By agreement, the government's response shall be filed by **April 2, 2007**. The remaining defendants may file dispositive motions by **April 6, 2007**.

5. Based upon the prior orders of the court dated September 9, 2005, October 20, 2005, November 9, 2005, November 16, 2005, January 19, 2006, January 23, 2006, February 28, 2006, March 3, 2006, April 4, 2006, May 4, 2006, July 6, 2006, August 7, 2006, October 4, 2006 (see Docket No. 146), November 29, 2006, March 13, 2007 and the order entered herewith, as of April 6, 2007 there will be zero (**0**) days of non-excludable time under the Speedy Trial Act and seventy (**70**) days will remain under the Speedy Trial Act in which this case must be tried.

6. The parties currently anticipate that if a trial occurs it will take approximately four - six weeks.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE