UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10235-GAO

UNITED STATES OF AMERICA

v.

SERGIO ELPIDIO ALCANTARA-SALDANA
HERBERTO CARRASCO
GEORGE SAMUELS
MANUEL FLORENTINO
CARLOS SANCHEZ

**FURTHER ORDER ON EXCLUDABLE TIME**

March 20, 2007

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 20, 2007 through April 6, 2007

that being the period between the Final Status Conference and the date by which dispositive motions are to be filed.

Based upon the prior orders of the court dated September 9, 2005, October 20, 2005, November 9, 2005, November 16, 2005, January 19, 2006, January 23, 2006, February 28, 2006, March 3, 2006, April 4, 2006, May 4, 2006, July 6, 2006, August 7, 2006, October 4, 2006 (see Docket No. 146), November 29, 2006, March 13, 2007 and this order, as of April 6, 2007 there will be zero (**0**) days of non-excludable time under

-2-

the Speedy Trial Act and seventy (**70**) days will remain under the Speedy Trial Act in which this case must be tried.

                                                / s / Judith Gail Dein
                                                JUDITH GAIL DEIN
                                                United States Magistrate Judge