**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | 05-CR-10235-04-GAO |
| ) | |
| GEORGE SAMUELS ) | |
| ) | |

**MOTION FOR EXTENSION OF TIME TO FILE**
**OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE**

The United States respectfully moves this Court for an extension of time, until the standard 14 days after the filing of all the defendant's motions in this case, to submit an Omnibus Response to each of the defendant's motions in this multi-defendant case. As grounds, the government submits as follows:

1. On March 1, 2007, defendant SAMUELS filed a motion to suppress evidence, including evidence seized during search warrants and pursuant to state wiretap warrants. The government previously moved for an extension of time to respond to this motion by April 2, 2007.

2. On March 26, 2007, U.S. Magistrate Judith G. Dein granted an extension of time for each of the other defendants to file substantive motions until April 7, 2007.

3. The government anticipates that the remaining defendants will also move to suppress evidence which will raise similar issues of law and fact.

4. The government submits that a single Omnibus Opposition from the Government will assist the court in resolving

      each of the issued raised in a more efficient and timely matter.

5.    The government furthermore moves this Court to leave of court to submit an opposition which is longer than 20-pages pursuant to LR 7.1(B)(4).

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

      By:   /s/ Neil J. Gallagher, Jr.
          Neil J. Gallagher, Jr.
          Assistant U.S. Attorney

Dated: April 6, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ Neil Gallagher
Neil J. Gallagher, Jr.
Assistant United States Attorney