IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )       CRIMINAL ACTION
        v.                        )
                                  )       05-10235-GAO
SERGIO E. ALCANTARA-SALDANA       )
et al.                            )
                                  )
                                  )

## UNITED STATES' MOTION TO EXCLUDE
## TIME UNDER THE SPEEDY TRIAL ACT

The government respectfully moves this Court pursuant to 18 U.S.C. Sec. 3161(h)(8)(A), to exclude time under the Speedy Trial Act ("STA"), 18 U.S.C. Sec. 3161(c)(1), from the date of the initial pretrial conference on April 12, 2007 until the next scheduled hearing on May 31, 2007.  As grounds, the government submits that instant cases involves complex issues and law and fact, as contemplated by 18 U.S.C. Sec. 3161(h)(8)(B)(ii), which will require additional time for pretrial proceedings and the resolution of pretrial motions.  Additionally, since a trial is expected in this matter for more than defendant, it would be in the interests of justice and judicial economy to exclude time under the STA to achieve a single trial for all the defendants in this case.

Undersigned counsel has contacted each counsel of record for their position on the motion.  Counsel for defendant SANCHEZ does not object to the granting of the motion.  Counsel for defendant ZAPATA objects to the granting of the motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:     /s/ Neil Gallagher
        Neil J. Gallagher, Jr.
        Assistant U.S. Attorney

Date: April 17, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ Neil Gallagher
Neil J. Gallagher, Jr.
Assistant United States Attorney

Date: April 17, 2007