**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
UNITED STATES OF AMERICA         )
                                 )
    vs.                          )   05-CR-10235-GAO
                                 )
SERGIO ALCANTARA-SALDANA et al.  )
                                 )
```

**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**
**TO EACH OF DEFENDANT'S MOTION TO SUPPRESS EVIDENCE**

The United States respectfully moves this Court for an extension of time of seven days, from May 3, 2007 to May 10, 2007, to file an opposition to each of the defendants motions to suppress evidence. As grounds, the government submits that submits that undersigned counsel is actively preparing the opposition, but needs additional time because of the numerous legal and factual issues raised by the defendants. Undersigned counsel has contacted each of counsel of record for the defendants regarding their position on the motion. With the exception of counsel for defendant CESAR ZAPATA, each defendant assents to the granting of the motion.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By: /s/ Neil J. Gallagher, Jr.
    Neil J. Gallagher, Jr.
    Assistant U.S. Attorney

Dated: May 3, 2007

Case 1:05-cr-10235-GAO    Document 187    Filed 05/03/2007    Page 2 of 3

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ Neil Gallagher
Neil J. Gallagher, Jr.
Assistant United States Attorney