**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
UNITED STATES OF AMERICA         )
                                 )
     vs.                         )    05-CR-10235-GAO
                                 )
SERGIO ALCANTARA-SALDANA et al.  )
                                 )
```

**MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**
**TO DEFENDANTS MOTION TO SUPPRESS EVIDENCE**

The United States respectfully moves this Court for an extension of time of four days, from May 10, 2007 to May 14, 2007, to file an opposition to defendants' motions to suppress evidence. As grounds, the government submits the opposition involved numerous legal and factual issues raised by the defendants.

                      Respectfully submitted,

                      MICHAEL J. SULLIVAN
                      United States Attorney

            By:  /s/ Neil J. Gallagher, Jr.
                  Neil J. Gallagher, Jr.
                  Assistant U.S. Attorney

Dated: May 14, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ Neil Gallagher
Neil J. Gallagher, Jr.
Assistant United States Attorney