UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                                              ) | 05-CR-10235-GAO |
| ) | |
| SERGIO ALCANTARA-SALDANA et al ) | |
| ) | |

**UNITED STATES' MOTION FOR LEAVE OF COURT TO FILE
AMICUS BRIEF ON BEHALF OF COMMONWEALTH OF
MASSACHUSETTS, OFFICE OF THE ATTORNEY GENERAL**

The United States respectfully moves for leave of Court to file a submission prepared by the Commonwealth of Massachusetts, Office of the Attorney General ("AGO"), concerning the authority of the Massachusetts Superior Court justices to issue wiretap warrants for cellular phones. As further described in the government's notice filed on July 23, 2007 (Doc. 210), counsel for the defendants object to the any AGO submission to the Court and instead will be requesting the Court to certify a legal issue to the Massachusetts Supreme Judicial Court ("SJC") pursuant to SJC Rule 1:03. As stated before, the government objects to the certification.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                      By:    /s/ Neil Gallagher
                             Neil J. Gallagher, Jr.
                             Assistant U.S. Attorney

Dated: September 12, 2007

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

    /s/ Neil Gallagher
    Neil J. Gallagher, Jr.
    Assistant United States Attorney