# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| v. | ) | CR No. 1:05-CR-10235-GAO-2 |
| | ) | |
| **Sergio Elpidio Alcantara-Saldana,** | ) | |
| **Cesar Zapata, Heriberto Carrasco,** | ) | |
| **George Samuels and Manuel Florentino** | ) | |
| | ) | |

## DEFENDANTS' REQUEST FOR STATUS CONFERENCE

Defendants[1] request a status conference with the Court to address the issue of certification to the Massachusetts Supreme Judicial Court ("SJC") of a question concerning whether the Massachusetts wire-tap statute, Mass. Gen. L. ch. 272, § 99, permits the interception of electronic communications, including digital cellular communications. At the status conference, the parties would articulate their positions regarding the inevitable postponement of the trial, if any, that would be caused by the certification process  The government has recently sought leave of court to file an amicus brief concerning the certification issue, and Defendants intend to file a joint motion, no later than next week, the week of September 24-28, 2007, formally requesting that the Massachusetts wire-tap issue be certified to the SJC for resolution. Defendants request that the status conference be scheduled as soon as possible.

At the requested status conference, Defendants also intend to seek information concerning their pending request for a *Franks* hearing, and their pending motions to suppress.

The government does not oppose Defendants' request for a status conference.

---

[1] This motion is brought on behalf of all of the Defendants.  Although the undersigned counsel have not been able to reach counsel for Heriberto Carrasco or Manuel Florentino, based on previous discussions with them, the undersigned counsel believe that Mr. Carrasco and Mr. Florentino agree to the relief sought in this motion.

LIBA/1829501.2

Respectfully Submitted,

| | |
|---|---|
| SERGIO ELPIDIO ALCANTARA-SALDANA<br>By his attorneys<br><br>/s/ Rosemary C. Scapicchio<br>Rosemary C. Scapicchio (BBO # 558312)<br>LAW OFFICE OF ROSEMARY C. SCAPICCHIO<br>Four Longfellow Place, 37th Floor<br>Boston, MA  02114<br>617-263-7400<br>Scapicchio_attorney@yahoo.com | CESAR ZAPATA<br>By his attorneys,<br><br>/s/ David J. Apfel<br>David J. Apfel (BBO # 551139)<br>Alison V. Douglass (BBO # 646861)<br>Elianna J. Marziani (BBO # 663354)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109-2881<br>617-570-1000<br>dapfel@goodwinprocter.com<br>adouglass@goodwinprocter.com<br>emarziani@goodwinprocter.com |
| GEORGE SAMUELS<br>By his attorneys<br><br>/s/ Vincent A. Bongiorni<br>Vincent A. Bongiorni (BBO # 049040)<br>93 State Street, Suite 309<br>Springfield, MA  01103<br>413-732-0222<br>vbongiorni@choiceonemail.com | |

Dated:  September 17, 2007

2

LIBA/1829501.2

## RULE 7.1 CERTIFICATION PURSUANT TO LR 7.1(A)(2)

      Pursuant to Local Rule 7.1(A)(2), I, David J. Apfel, Esq., hereby certify that, acting on behalf of all Defendants, I have conferred with Assistant United States Attorney Neil Gallagher in an effort to resolve or narrow the issues raised by the above request for status, and AUSA Gallagher has indicated that the government would not oppose Defendants' request.

                                      /s/ David J. Apfel

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true copy of the above document was served upon the counsel of record for each other party via this Court's CM/ECF System on September 17, 2007.

                                      /s/ David J. Apfel