IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)<br>1. SERGIO ALCANTARA-SALDANA )<br>2. CESAR ZAPATA )<br>3. HERIBERTO CARRASCO )<br>4. GEORGE SAMUELS )<br>5. MANUEL FLORENTINO ) | CRIMINAL ACTION<br><br>NO.  05-10235-GAO |

**NOTICE OF APPEARANCE**

Now comes the undersigned Assistant United States Attorney ("AUSA") and hereby gives notice of her appearance as government counsel in the captioned matter.

                      Respectfully submitted,

                      MICHAEL J. SULLIVAN

                      United States Attorney

        By:        /s/ Rachel E. Hershfang
                      Rachel E. Hershfang
                      Assistant U.S. Attorney
                      (617) 748-3249

September 24, 2007

**CERTIFICATE OF SERVICE**

I, Rachel E. Hershfang, hereby certify that this document filed through the ECF system on September 24, 2007, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                      /s/ Rachel E. Hershfang
                      Rachel E. Hershfang