

*U.S. Department of Justice*

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*  *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

October 31, 2007

By First Class Mail

Counsel of Record

    Re:  United States v. Sergio Alcantara-Saldana et al.
         Criminal No. 05-10235-GAO

Dear Counsel:

    Please find enclosed additional information about one of the government's anticipated expert witnesses at trial, namely, the resume for Trooper Christopher Dolan, about whom relevant expert disclosures were made in my letter dated October 29.

                                   Very truly yours,

                                     MICHAEL J. SULLIVAN
                                   United States Attorney

                     By:

                        /s/ Rachel E. Hershfang
                        Neil J. Gallagher, Jr.
                        Rachel E. Hershfang
                        Assistant U.S. Attorneys

cc:  Mr. Paul Lyness
     Clerk to the Hon. George A. O'Toole, Jr.
     (W/o encl.)

Enclosure