

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*             *United States Courthouse, Suite 9200*
                                              *1 Courthouse Way*
                                              *Boston, Massachusetts  02210*

                                              November 1, 2007

<u>By First Class Mail</u>

Counsel of Record

    Re:  United States v. Sergio Alcantara-Saldana et al.
          <u>Criminal No. 05-10235-GAO</u>

Dear Counsel:

    Further to my letter of October 29, please be advised that I have spoken with Ken Fuentecilla, a DEA chemist assigned to the investigation.  His testimony, and Vadim Astrakhan's, that the drugs seized contained cocaine hydrochloride will be based on their testing and analysis.  The chemists employed two confirmatory instrumental techniques, infrared spectroscopy and gas chromatography/mass spectrometry analysis.  Each instrument produces a pattern (a spectra in the case of the IR spectrometer, and a fragmentation pattern in the case of the GC/MS) which is compared to the spectrum or fragmentation pattern of a known standard, in this case, cocaine.  Both tests were positive for cocaine.  The workpapers showing these test results have previously been produced to you for Mr. Fuentecilla's analysis.  I am still awaiting Mr. Astrakhan's workpapers and will produce them to you upon receipt.

                                    Very truly yours,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                          By:
                                    <u>/s/ Rachel E. Hershfang</u>
                                    Neil J. Gallagher, Jr.
                                    Rachel E. Hershfang
                                    Assistant U.S. Attorneys

cc:  Mr. Paul Lyness, Clerk to the Hon. George A. O'Toole, Jr.