```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS

                                 )
UNITED STATES OF AMERICA         )
                                 )        CRIMINAL ACTION
         v.                      )
                                 )        NO.  05-10235-GAO
1. SERGIO ALCANTARA-SALDANA      )
2. CESAR ZAPATA                  )
3. HERIBERTO CARRASCO            )
4. GEORGE SAMUELS                )
5. MANUEL FLORENTINO             )
```

## GOVERNMENT'S REQUESTED QUESTIONS FOR THE JURY VENIRE

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U. S. Attorneys Neil J. Gallagher, Jr. and Rachel E. Hershfang, hereby requests that, in addition to those questions commonly put to the venire in cases commenced in this Court, the Court pose the following questions to the prospective jurors in this case:

1.  The United States of America is one of the litigants in this trial.  You will hear the United States referred to throughout the trial as "the government."  Have you, or any member of your immediate family, or anyone with whom you are close:

   (a) ever been arrested, or ever answered charges (other than for an alleged moving traffic violation) in a criminal proceeding?

   (b) ever filed a lawsuit or claim of any kind against any police or other law enforcement officer?

   (c) ever engaged in litigation with the federal government, that is, ever filed a claim or lawsuit against the United States or any of its agencies, or

answered some claim made against you by the federal government?

(d) been employed by the United States Attorney's Office, the United States Probation Office, the United States Pre-Trial Services Office, the United States District Court Clerk's Office, the United States Marshal's Service, or the Federal Drug Enforcement Administration, known as the "DEA"?

(e) ever been employed by, or had any involvement of any sort with, of any sort, with the Massachusetts State Police?

2.  Do you have any strong feelings about the government that would in any way impair your ability to evaluate and judge fairly and impartially the facts of this case?

3.  Some of the witnesses expected to be called by the United States at trial are Special Agents of the Drug Enforcement Agency and Officers of the Massachusetts State Police.  Do you have any feelings about law enforcement officers that would affect your ability to evaluate and judge the facts of the case fairly and impartially?

4.  You may hear evidence about, or testimony from, a "cooperating witness," someone who has a criminal background, but worked with law enforcement agents in this investigation.  Are you aware of any prejudice that you may have against such a person that would in any way impair your ability to evaluate and judge fairly and impartially the testimony offered by such a cooperating witness?

5.  Have you, or anyone in your family or close circle of friends ever been treated for an addiction to any narcotic

substance?

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Rachel E. Hershfang
     Neil J. Gallagher, Jr.
     Rachel E. Hershfang
     Assistant U.S. Attorneys
     (617) 748-3397/-3249

Dated: November 14, 2007

**CERTIFICATE OF SERVICE**

I, Rachel E. Hershfang, hereby certify that this document filed through the ECF system on November 14, 2007, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/ Rachel E. Hershfang
        Rachel E. Hershfang