IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
                                  )
UNITED STATES OF AMERICA          )
                                  )        CRIMINAL ACTION
        v.                        )
                                  )        NO.  05-10235-GAO
1. SERGIO ALCANTARA-SALDANA       )
2. CESAR ZAPATA                   )
3. HERIBERTO CARRASCO             )
4. GEORGE SAMUELS                 )
5. MANUEL FLORENTINO              )
```

**GOVERNMENT'S PROPOSED PRETRIAL JURY INSTRUCTION**
**["CSI" INSTRUCTION]**

The United States, by and through its counsel, Michael J. Sullivan, United States Attorney, and Neil J. Gallagher, Jr. and Rachel E. Hershfang, Assistant United States Attorneys, hereby asks that the Court, in addition to its customary pretrial instructions to the jury, instruct substantially as follows:

Let me talk for a moment about television and movies. Many people watch television shows or movies about police work or lawyers or the criminal justice system, and sometimes people are affected by that when they serve as jurors. Television shows and movies can create false expectations about real life; for example, how the trial is going to proceed, what the evidence might look like. You must decide this case on the evidence in front of you and the law as I give it to you. Do not decide this case, even in part, based on

1

something you saw on television of in a movie.  It's improper and unfair.

As described in greater detail in the government's motion in limine to admit expert fingerprint testimony (D.251) at 5-8 & n.2, jurors are increasingly bringing their television-honed "expertise" about criminal investigations and investigative techniques into the jury room.  Because these television dramas may create unreasonable expectations as to the type and quality of evidence that is regularly available, the government respectfully requests that the Court instruct the jury substantially as requested above.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Rachel E. Hershfang
     Neil J. Gallagher, Jr.
     Rachel E. Hershfang
     Assistant U.S. Attorneys
     (617) 748-3392/-3249

**CERTIFICATE OF SERVICE**

I, Rachel E. Hershfang, hereby certify that this document filed through the ECF system on November 14, 2007, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Rachel E. Hershfang
Rachel E. Hershfang