UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10235-GAO |
| | ) | |
| GEORGE SAMUELS | ) | |

**MOTION FOR PROTECTIVE ORDER**

    Now comes the defendant and respectfully requests this Honorable Court to issue a Protective Order to counsel making the Trial of the above named case a priority over any other scheduled events counsel has.

                                      Respectfully submitted,
                                      THE DEFENDANT


                                      BY: /s/ Vincent A. Bongiorni
                                      95 State Street - Suite #309
                                      Springfield, MA 01103
                                      (413) 732-0222
                                      BBO #049040


CERTIFICATE OF SERVICE

    I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to Assistant United States Attorney, Neil Gallagher, United States Courthouse, One Courthouse Way, Boston, MA this 15th day of November 2007.

                                                          /s/ Vincent A. Bongiorni

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                              ) | Criminal No. 05-10235-GAO |
| ) | |
| GEORGE SAMUELS              ) | |

## **PROTECTIVE ORDER**

    The case United States v. George Samuels, is scheduled to begin trial on Monday, November 26, 2007. It is anticipated that this trial will last approximately three weeks.

    WHEREFORE, it is ORDERED, that Vincent A. Bongiorni be present to commence the Trial above referred to and that he remain present and engaged in the Trial above referred to until completion, and that he be protected from complying with the Order of any other Court to be otherwise present.

    IT IS SO ORDERED.

                                                                           Honorable Judge

Dated: