Pursuant to order entered 11/21/07, granting #290

Motion to Withdraw Document, the original

document attached to this entry has been deleted.

Please contact session with any questions.