```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS

                                  )
UNITED STATES OF AMERICA          )
                                  )       CRIMINAL ACTION
        v.                        )
                                  )       NO.  05-10235-GAO
1. SERGIO ALCANTARA-SALDANA       )
2. CESAR ZAPATA                   )
3. HERIBERTO CARRASCO             )
4. GEORGE SAMUELS                 )
5. MANUEL FLORENTINO              )
```

**<u>GOVERNMENT'S FIRST REVISED WITNESS LIST</u>**

Now comes the United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Neil J. Gallagher, Jr. and Rachel E. Hershfang, Assistant U.S. Attorneys, and submits its witness list for the trial of this action. The government reserves its right to supplement or modify the list in light of the evidence that is admitted at the trial and with reasonable notice to the defendants.

1.  DEA Special Agent Michael Giovanoni
    99 10th Avenue
    New York, NY 10011

2.  NYPD Officer Rafael Dilone
    c/o DEA
    99 10th Avenue,
    New York, NY 100011

3.  ICE Special Agent Neviene Habeeb
    Lisbon, Portugal

4.  DEA Special Agent Christopher Trojan
    99 10th Avenue
    New York, NY 10011

5.  DEA Special Agent John Barron
    1441 Main Street
    Suite 1000
    Springfield, MA 01103

6.  Trooper Michael Martin
    Massachusetts State Police
    Framingham, MA

7.  DEA Special Agent Jon Shankweiler
    1441 Main Street
    Suite 1000
    Springfield, MA 01103

8.  I/A Jennifer Fafard
    1441 Main Street
    Suite 1000
    Springfield, MA 01103

9.  Trooper Ephran Montanez
    Massachusetts State Police
    Framingham, MA 01702

10. Trooper Christopher Dolan
    Massachusetts State Police
    Framingham, MA 01702

11. Detective Lieutenant Kenneth Martin
    Massachusetts State Police
    Framingham, MA 01702

12. Trooper Kevin O'Neil
    Massachusetts State Police
    Framingham, MA 01702

13. Trooper Jamie Cepero
    Massachusetts State Police
    Framingham, MA 01702

14. Trooper Anthony Watson
    Massachusetts State Police
    Framingham, MA 01702

15. Detective John Jusino
    Chicopee Police Department
    Chicopee, MA

16. DEA Special Agent Robert Olsen
    1441 Main Street
    Suite 1000
    Springfield, MA 01103

17. DEA Special Agent Edward Senecal (retired)
    1441 Main Street
    Suite 1000
    Springfield, MA 01103

18. DEA RAC John A.F. Dudley
    Drug Enforcement Administration
    700 Army Navy Drive
    W-12116
    Arlington, VA 22202

19. DEA Group Supervisor Clarence Shuler
    1441 Main Street
    Suite 1000
    Springfield, MA 01103

20. Ken Fuentecilla
    Northeast Regional Laboratory
    99 10th Avenue
    Suite 721
    New York, NY 10011

21. Vadim Astrakham
    Northeast Regional Laboratory
    99 10th Avenue
    Suite 721
    New York, NY 10011

22. Linda Goldenberg
    Northeast Regional Laboratory
    99 10th Avenue
    Suite 721
    New York, NY 10011

23. Detective Arthur Cranshaw
    Holyoke Police Department
    Holyoke, MA

24. Officer Gary Wagner
    Holyoke Police Department
    Holyoke, MA

25. Officer Charles Howard
    Springfield Police Department
    Springfield, MA

26. Officer Gil Maffeo
    Waterford Police Department
    Waterford, CT

27. Detective Carey McKenzie
    West Springfield Police Department
    West Springfield, MA

28. Detective Eldon Wallen
    West Springfield Police Department
    West Springfield, MA

29. Detective Robert Porter
    West Springfield Police Department
    West Springfield, MA

30. Officer Paul G. Connor
    West Springfield Police Department
    West Springfield, MA

31. Deborah Huacuja
    Roxbury, MA

32. Trooper Daniel Soto
    Massachusetts State Police
    Framingham, MA 01702

33. Cooperating Witness #1
    c/o Mark L. Hare
    Hare, Stamm, Days & Harris
    1350 Main Street
    Suite 1000
    Springfield, MA 01103

34. Peter Stefogolo
    c/o Jason R. Herrick
    10 School Street
    Westfield, MA 01085

35. Detective Richard Soto
    Springfield Police Department
    Springfield, MA

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney
                              By:
                                    /s/ Rachel E. Hershfang
                                    RACHEL E. HERSHFANG
                                    Neil J. Gallagher, Jr.
                                    Assistant U.S. Attorneys

Dated: November 20, 2007


**CERTIFICATE OF SERVICE**

I, Rachel E. Hershfang, hereby certify that this document filed through the ECF system on November 20, 2007, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                    /s/ Rachel E. Hershfang
                                    Rachel E. Hershfang