UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 05-10235-GAO

UNITED STATES OF AMERICA

v.

SERGIO ELPIDIO ALCANTARA-SALDANA, CESAR ZAPATA, HERIBERTO CARRASCO,
GEORGE SAMUELS, and MANUEL FLORENTINO
Defendants.

ORDER
November 20, 2007

O'TOOLE, D.J.

This Order resolves the following Motions In Limine:

1. The Government's Motion in Limine to Admit Evidence Intrinsic to the Charged Conspiracy (dkt. no. 250) is RESERVED UNTIL TRIAL.

2. The Government's Motion in Limine to Admit Testimony About Limits of Fingerprint Analysis (dkt. no. 251) is GRANTED.

3. The Government's Motion and Memorandum of Law Regarding the Admissibility of Wiretap Recordings and Transcripts (dkt. no. 252) is GRANTED.

4. The United States Motion in Limine (dkt. no. 253), which seeks to limit the cross-examination of government witnesses in various respects, is RESERVED UNTIL TRIAL.

5. Defendant Cesar Zapata's Motion to Exclude Expert and Lay Testimony Interpreting Intercepted Calls (dkt. no. 257) is RESERVED UNTIL TRIAL. As discussed at the pre-trial conference, the admissibility of such testimony will depend on exactly what these witnesses would say and the foundation, if any, for such evidence.

6. Defendant Cesar Zapata's Motion in Limine to Exclude any and all References to "Known" Drug Activity and Persons "Known" to be Involved in Drug Trafficking (dkt. no. 258) is RESERVED UNTIL TRIAL.

7. Defendant Cesar Zapata's Motion in Limine to Exclude any Reference to Zapata as "Zupra" (dkt. no. 259) is RESERVED UNTIL TRIAL.

8. Defendant Cesar Zapata's Motion in Limine to Exclude All Evidence Pertaining to Telephone Number (413) 218-5157 (dkt. no. 260) is DENIED.

9. Defendant Cesar Zapata's Motion in Limine to Exclude Items Seized from a 1998 Blue Ford Explorer and Information Regarding the Registration of the Car (dkt. no. 262) is RESERVED UNTIL TRIAL.

10. Defendant Cesar Zapata's Motion in Limine to Exclude Evidence Concerning the Watch, Scale, and Money Seized from his Home (dkt. no. 265) is DENIED.

11. Defendant Cesar Zapata's Motion in Limine to Exclude References to Zapata as "Comandante" or "Commander" (dkt. no. 268) is RESERVED UNTIL TRIAL.

12. Defendant Cesar Zapata's Motion in Limine to Exclude Evidence of Surveillance of Zapata on June 10, 2005 and July 7, 2005 (dkt. no. 271) is DENIED.

13. Defendant Cesar Zapata's Motion in Limine to Exclude all Evidence Concerning the Traffic Stop of Luis E. Miese (dkt. no. 273) is RESERVED UNTIL TRIAL.

14. The Motion for Leave for Sergio Saldana to Join Cesar Zapata's Motion to Exclude Expert and Lay Testimony Interpreting Intercepted Calls and Cesar Zapata's Motion in Limine to Exclude All Evidence Concerning the Traffic Stop of Luis E. Miese (dkt. no. 281) is GRANTED to the extent that Saldana may join these motions.

15. Defendant's Motion for Jury Questionnaire (dkt. no. 286) is DENIED.

It is SO ORDERED.

    /s/ George A. O'Toole, Jr.
United States District Judge