**EXHIBIT LIST**

| CASE NAME: | UNITED STATES OF AMERICA<br>v.<br>SERGIO ALCANTARA-SALDANA, CESAR ZAPATA, HERIBERTO CARRASCO, GEORGE SAMUELS MANUEL FLORENTINO | ASSISTANT UNITED STATES ATTORNEYS<br>Neil J. Gallagher, Jr.<br>Rachel E. Hershfang |
|---|---|---|
| **CASE NO.:** 05-10235-GAO | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 1A-D | Photographs: 61 Appaloosa Lane, Springfield, MA; 31 Braywood Circle, 93 Florence Street, Pine Point Auto Sales and 41 Brooks Street | | | | | | |
| 1B | Photograph: 61 Appaloosa Lane | | | | | | |
| 1C | Photograph: Side view of 61 Appaloosa Lane | | | | | | |
| 1D | Photograph: View of Garage of 61 Appaloosa Lane | | | | | | |
| 1E | Photograph: 31 Braywood Circle, Indian Orchard, MA | | | | | | |
| 1F | Photograph: 93 Florence Street | | | | | | |
| 1G | Photograph: Pine Point Autosales | | | | | | |

**EXHIBIT LIST**

| CASE NAME: | UNITED STATES OF AMERICA | ASSISTANT UNITED STATES ATTORNEYS |
|---|---|---|
| | v. | Neil J. Gallagher, Jr. |
| | SERGIO ALCANTARA-SALDANA, CESAR ZAPATA, HERIBERTO CARRASCO, GEORGE SAMUELS MANUEL FLORENTINO | Rachel E. Hershfang |
| CASE NO.: 05-10235-GAO | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 1H | Photograph: Side view, Pine Point Auto Sales | | | | | | |
| 1I | Photograph: Close up, Pine Point Auto Sales | | | | | | |
| 1J | Photograph: 41 Brooks Street | | | | | | |
| 1K | Photograph: Money in Drawer at 31 Braywood Circle | | | | | | |
| 1L | Photograph: Close up, Money in Drawer at 31 Braywood Circle | | | | | | |
| 1M | Photograph: Snap-on tool box, 31 Braywood Circle | | | | | | |
| 1N | Photograph: Money in Snap-on tool box, 31 Braywood Circle | | | | | | |
| 1O | Photograph: Close up, Money in Snap-on tool box, 31 Braywood Circle | | | | | | |

**EXHIBIT LIST**

| CASE NAME: | UNITED STATES OF AMERICA | ASSISTANT UNITED STATES ATTORNEYS |
|---|---|---|
| | v. | Neil J. Gallagher, Jr. |
| | SERGIO ALCANTARA-SALDANA, CESAR ZAPATA, HERIBERTO CARRASCO, GEORGE SAMUELS MANUEL FLORENTINO | Rachel E. Hershfang |
| CASE NO.: 05-10235-GAO | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 2A-B | Photographs: Cocaine seized at 61 Appaloosa Lane | | | | | | |
| 3 | Grey storage bin (N-43) | | | | | | |
| 4 | Cocaine seized from 61 Appaloosa Lane (DEA Ex. 1) | | | | | | |
| 5 | OUT | | | | | | |
| 6 | OUT | | | | | | |
| 7 | OUT | | | | | | |
| 8A-M | Certified Copies of MA RMV Driver License Photographs and Records: | | | | | | |
| 9 | Red cardboard "Snap-On" tools box (N-35) seized from 31 Braywood Circle, Indian Orchard, MA | | | | | | |

**EXHIBIT LIST**

| CASE NAME: | UNITED STATES OF AMERICA v. SERGIO ALCANTARA-SALDANA, CESAR ZAPATA, HERIBERTO CARRASCO, GEORGE SAMUELS MANUEL FLORENTINO | ASSISTANT UNITED STATES ATTORNEYS Neil J. Gallagher, Jr. Rachel E. Hershfang |
|---|---|---|
| CASE NO.: 05-10235-GAO | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 10 | Cellular telephone bearing cellular phone number 413-204-8402 seized from 31 Braywood Circle | | | | | | |
| 11 | Cocaine Seized from 31 Braywood Circle (DEA Ex. 2) | | | | | | |
| 12 | OUT | | | | | | |
| 13 | OUT | | | | | | |
| 14 | OUT | | | | | | |
| 15 | Notebook seized 1/9/05 | | | | | | |
| 16 | Notebook seized 6/17/05 (N-3) | | | | | | |
| 17 | OUT | | | | | | |
| 18A-G | Certified MA RMV Registration Records: | | | | | | |

**EXHIBIT LIST**

| CASE NAME: | UNITED STATES OF AMERICA | | ASSISTANT UNITED STATES |
|---|---|---|---|
| | v. | | ATTORNEYS |
| | SERGIO ALCANTARA-SALDANA, CESAR ZAPATA, HERIBERTO CARRASCO, GEORGE SAMUELS MANUEL FLORENTINO | | Neil J. Gallagher, Jr. Rachel E. Hershfang |
| CASE NO.: 05-10235-GAO | | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 19 | OUT | | | | | | |
| 20 | OUT | | | | | | |
| 21A | Pelouze scale seized from 93 Florence Street (N-26) | | | | | | |
| 21B | Safe seized from 93 Florence Street (N-27) | | | | | | |
| 21C | Brief case seized from 93 Florence Street N-46 | | | | | | |
| 22 | Various Identifications in name Cesar Zapata seized from 93 Florence Street (N-29) | | | | | | |
| 23 | Cellular phone seized from Cesar Zapata bearing phone number (413) 883-7649 (N-25) | | | | | | |

**EXHIBIT LIST**

| CASE NAME: | UNITED STATES OF AMERICA | ASSISTANT UNITED STATES ATTORNEYS |
|---|---|---|
| | v. | Neil J. Gallagher, Jr. |
| | SERGIO ALCANTARA-SALDANA, CESAR ZAPATA, HERIBERTO CARRASCO, GEORGE SAMUELS MANUEL FLORENTINO | Rachel E. Hershfang |

**CASE NO.:** 05-10235-GAO

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 24A-B | Telephone toll and subscriber records for cellular phone number (413) 218-5157 and (413) 883-7649 | | | | | | |
| 25A-D | Aerial Photos: 1608 State Street, Springfield, MA; 61 Appaloosa Lane, Springfield, MA; 1224 Nelson Avenue, Bronx, NY; East 140th Street, Bronx, New York | | | | | | |
| 26 | OUT | | | | | | |
| 27A | Summary Chart of Tapped Phones | | | | | | |
| 27B | Summary Chart of Selected Phone Calls | | | | | | |
| 28A | CD Containing Selected Intercepted Calls | | | | | | |

**EXHIBIT LIST**

| CASE NAME: | UNITED STATES OF AMERICA v. SERGIO ALCANTARA-SALDANA, CESAR ZAPATA, HERIBERTO CARRASCO, GEORGE SAMUELS MANUEL FLORENTINO | ASSISTANT UNITED STATES ATTORNEYS Neil J. Gallagher, Jr. Rachel E. Hershfang |
|---|---|---|
| **CASE NO.:** 05-10235-GAO | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 28B | Printout of Audio Files on CD | | | | | | |
| 29 | Joint Wiretap Stipulation | | | | | | |
| 30 | Joint Transcript Stipulation | | | | | | |
| 31A-G | Transcripts of Call 621, 622, 728, 281, 567, and 689 | | | | | | |
| 32 | Transcript of Call 1155 | | | | | | |
| 33A-K | Transcripts of Call 2205, 2207, 2208, 2232, 2241, 2244, 287, 317, 346, 352, and 358. | | | | | | |
| 34A-F | Transcripts of Calls 1773, 2908, 3043, 3051, 58, and 3147. | | | | | | |
| 35A-D | Transcripts of Calls 3154, 3155, 3156, and 3398 | | | | | | |

**EXHIBIT LIST**

| CASE NAME: | UNITED STATES OF AMERICA | ASSISTANT UNITED STATES ATTORNEYS |
|---|---|---|
| | v. | Neil J. Gallagher, Jr. |
| | SERGIO ALCANTARA-SALDANA, CESAR ZAPATA, HERIBERTO CARRASCO, GEORGE SAMUELS MANUEL FLORENTINO | Rachel E. Hershfang |

**CASE NO.:** 05-10235-GAO

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 36A-I | Transcripts of Calls 4299, 61, 69, 295, 80, 89, 92, 316, and 4593. | | | | | | |
| 37A-H | Transcripts of Calls 333, 340, 355, 121, 767, 775, 1065 and 1217. | | | | | | |
| 38 | Copies of Checks in Name "Irving Nieves" Seized from 31 Braywood Circle (N-31) | | | | | | |
| 39 | Purchase records for 1997 Ford Expedition seized from 31 Braywood Circle(N-32) | | | | | | |
| 40 | Original Passport in name Sergio E. Saldana-Alcantara seized from 31 Braywood (N-44) | | | | | | |
| 41 | Proffer Agreement: Manuel Florentino | | | | | | |

**EXHIBIT LIST**

| CASE NAME: | UNITED STATES OF AMERICA<br>v.<br>SERGIO ALCANTARA-SALDANA, CESAR ZAPATA,<br>HERIBERTO CARRASCO, GEORGE SAMUELS MANUEL<br>FLORENTINO | ASSISTANT UNITED STATES ATTORNEYS<br>Neil J. Gallagher, Jr.<br>Rachel E. Hershfang |
|---|---|---|
| **CASE NO.:** 05-10235-GAO | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| 42 | Plea Agreement: Manuel Florentino | | | | | | |
| 43 | Judgement of Conviction: Manuel Florentino | | | | | | |
| 44A-B | Photographs: Cocaine seized from Ford Explorer in Boston on April 15, 2005 | | | | | | |
| 45 | One kilogram of cocaine seized on April 15, 2005 | | | | | | |
| 46 | Telephone Records for (617) 642-0754 | | | | | | |
| 47 | C.V.: Vadim Astrakhan | | | | | | |
| 48 | C.V.: Ken Fuentecilla | | | | | | |
| 49 | C.V.: MSP Trp. Chris Dolan and MSP Det. Lt. Kenneth Martin | | | | | | |

**EXHIBIT LIST**

| CASE NAME: | UNITED STATES OF AMERICA<br>v.<br>SERGIO ALCANTARA-SALDANA, CESAR ZAPATA,<br>HERIBERTO CARRASCO, GEORGE SAMUELS MANUEL<br>FLORENTINO | ASSISTANT UNITED STATES ATTORNEYS<br>Neil J. Gallagher, Jr.<br>Rachel E. Hershfang |
|---|---|---|
| **CASE NO.:** 05-10235-GAO | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# EXHIBIT LIST

| CASE NAME: | UNITED STATES OF AMERICA<br>v.<br>SERGIO ALCANTARA-SALDANA, CESAR ZAPATA, HERIBERTO CARRASCO, GEORGE SAMUELS MANUEL FLORENTINO | ASSISTANT UNITED STATES ATTORNEYS<br>Neil J. Gallagher, Jr.<br>Rachel E. Hershfang |
|---|---|---|
| **CASE NO.:** 05-10235-GAO | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**EXHIBIT LIST**

| CASE NAME: | UNITED STATES OF AMERICA v. SERGIO ALCANTARA-SALDANA, CESAR ZAPATA, HERIBERTO CARRASCO, GEORGE SAMUELS MANUEL FLORENTINO | ASSISTANT UNITED STATES ATTORNEYS Neil J. Gallagher, Jr. Rachel E. Hershfang |
|---|---|---|
| CASE NO.: 05-10235-GAO | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**EXHIBIT LIST**

| CASE NAME: | UNITED STATES OF AMERICA<br>v.<br>SERGIO ALCANTARA-SALDANA, CESAR ZAPATA,<br>HERIBERTO CARRASCO, GEORGE SAMUELS MANUEL<br>FLORENTINO | ASSISTANT UNITED STATES ATTORNEYS<br>Neil J. Gallagher, Jr.<br>Rachel E. Hershfang |
|---|---|---|
| **CASE NO.:** 05-10235-GAO | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**EXHIBIT LIST**

| CASE NAME: | UNITED STATES OF AMERICA v. SERGIO ALCANTARA-SALDANA, CESAR ZAPATA, HERIBERTO CARRASCO, GEORGE SAMUELS MANUEL FLORENTINO | ASSISTANT UNITED STATES ATTORNEYS Neil J. Gallagher, Jr. Rachel E. Hershfang |
|---|---|---|
| **CASE NO.:** 05-10235-GAO | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**EXHIBIT LIST**

| CASE NAME: | UNITED STATES OF AMERICA<br>v.<br>SERGIO ALCANTARA-SALDANA, CESAR ZAPATA,<br>HERIBERTO CARRASCO, GEORGE SAMUELS MANUEL<br>FLORENTINO | ASSISTANT UNITED STATES<br>ATTORNEYS<br>Neil J. Gallagher, Jr.<br>Rachel E. Hershfang |
|---|---|---|
| **CASE NO.:** 05-10235-GAO | | |

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**EXHIBIT LIST**

| CASE NAME: | UNITED STATES OF AMERICA | | | ASSISTANT UNITED STATES ATTORNEYS |
|---|---|---|---|---|
| | v. | | | Neil J. Gallagher, Jr. |
| | SERGIO ALCANTARA-SALDANA, CESAR ZAPATA, HERIBERTO CARRASCO, GEORGE SAMUELS MANUEL FLORENTINO | | | Rachel E. Hershfang |

| CASE NO.: 05-10235-GAO | | | | |
|---|---|---|---|---|

| EX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | MARKED | REFERRED TO BY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |