UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 05-10235-GAO |
| ) | |
| GEORGE SAMUELS ) | |

**DEFENDANT'S OBJECTIONS TO PRESENTENCE REPORT**

Now comes the Defendant, by and through counsel, and makes the following objections to the Presentence Report:

Page 2 - Defendant's Objection - Defendant's address should be 175 Brittany Road, Springfield, MA not West Springfield, MA.

¶123 - Defendant Objection - The real estate located at 61 Appaloosa Lane, West Springfield, was the subject of the forfeiture count of the instant indictment. This property was sold pursuant to the Order of the Court and the proceeds are held in escrow by the United States Marshal Service in the amount of $262,918.64 (net proceeds) and $4,119.74 (additional proceeds). The Defendant did not list these as an asset because the Defendant expects his interest in the proceeds will be forfeited. At the time of the filing of this objection the Defendant's wife and the United States Attorneys office are attempting to equitably assess her interest to the proceeds.

Respectfully submitted,
THE DEFENDANT

BY: /s/ Vincent A. Bongiorni
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to Assistant United States Attorney, Neil Gallagher, United States Courthouse, One Courthouse Way, Boston, MA this 5th day of February 2008.

/s/ Vincent A. Bongiorni