UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10235-GAO |
| ) | |
| GEORGE SAMUELS ) | |

**DEFENDANTS OBJECTION TO THE FINAL PRESENTENCE REPORT**

Now comes the Defendant, by and through counsel, and makes the following objections to the Final Presentence Report:

¶ 70 - Specific Offense Characteristic - in response to the Government's objection, the Presentence Report has been amended to allow two points pursuant to U.S.S.G. 2 D.1(b)(1). The Defendant objects to this addition and directs the Court's attention to the commentary to U.S.S.G. 2D1.1 Application note 3 "the adjustment should be applied if the weapon was present, unless it is clearly improbable that the weapon was connected with the offense. For example, the enhancement would not be applied if the defendant, arrested at his residence, had an unloaded hunting rifle in the closet." In this case the Defendant was arrested at or near a local hospital. The weapon was in a closet of the residence. The weapon was unloaded and there was no ammunition for the weapon present in the residence or on the Defendant's person when arrested. The narcotics were found in the trunk of an automobile locked in a container for which no key existed. See United States v. Anderson, 452 F3d. 83 (1st Cir. 2006).

Respectfully submitted,
THE DEFENDANT

BY: /s/ Vincent A. Bongiorni
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to Assistant United States Attorney Neil Gallagher, United States Courthouse, Suite #9200, 1 Courthouse Way, Boston, MA this 19th day of February 2008.

/s/ Vincent A. Bongiorni