UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 05-10235-GAO |
| ) | |
| GEORGE SAMUELS ) | |

## MOTION TO CONTINUE SENTENCING

Now comes the Defendant, by and through counsel, and respectfully requests this Honorable Court for a continuance of the Sentencing now scheduled for March 11, 2008, and as his basis therefore states the following;

Counsel for the Defendant was prepared to address Sentencing at 2:00 p.m. on February 26, 2008. Counsel is presently scheduled to begin Trial in the matter of United States v. Jenks, Docket No. 06-40027 (FDS) before Judge Saylor in the United States District Court in Worcester, MA. This matter is scheduled to begin March 10, 2008 and is expected to last through March 21, 2008 after which time counsel has a preplanned/paid vacation until March 31, 2008.

WHEREFORE, counsel requests this matter be rescheduled to a date during the week of April 28, 2008 and would also request an afternoon Hearing.

Respectfully submitted,
THE DEFENDANT

BY: /s/ Vincent A. Bongiorni
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to Assistant United States Attorney, Neil Gallagher, United States Courthouse, One Courthouse Way, Boston, MA this 27th day of February 2008.

/s/ Vincent A. Bongiorni