UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE SAMUELS | ) | NO. 05-10235-GAO |
| | ) | |
| 61 APPALOOSA LANE | ) | |
| WEST SPRINGFIELD, MA | ) | |
| | ) | |
| $267,038.38 UNITED STATES CURRENCY | ) | |

**PETITION OF THIRD PARTY IN INTEREST, KYANNA SAMUELS, FOR REMISSION OF FORFEITURE PURSUANT TO TITLE 21 U.S.C. § 853 (N(1) FED. RULES CRIM. PROC. RULE 32 (C)(2)**

1. The Petitioner, Kyanna Samuels, is a natural person currently residing at 175 Brittany Road, Springfield, MA;

2. At all times material hereto the Petitioner was the owner of record of the real property located at 61 Appaloosa Lane, West Springfield, MA, and registered in the Hampden County Registry of Deeds at Book 14934, Page 576. The Petitioner and her husband, George Samuels, purchased the real estate on April 6, 2005 and held the property as tenants by the entirety each owning an undivided interest in the whole;

3. The purchase of the Petitioner's real estate is, upon information and belief, not derived either directly or indirectly from the proceeds of any unlawful activity. The real estate was not used with the Petitioner's knowledge to commit or facilitate the commission of any criminal offense;

4. Forfeiture of Petitioner's interest in the real estate above described is contrary to law;

5. On June 8, 2006 the United States District Court entered an order permitting the sale of said real estate and the net proceeds of Two Hundred Sixty Seven Thousand Thirty Eight Dollars and Thirty Eight Cents ($267,038.38) in United States currency is currently held by order of the court in the United States Marshal's Service account.

WHEREFORE, Petitioner prays that her interest in and to said property be determined after Hearing and returned to her.

Signed under the pains and penalties of perjury this 12 day of March 2008.

<u>/s/ Kyanna Samuels</u>
The Petitioner
Kyanna Samuels
