```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| v. ) | |
| ) | NO.  05-10235-GAO |
| 4. GEORGE SAMUELS ) | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

The United States of America, by and through its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Rachel E. Hershfang, Assistant U.S. Attorney, hereby moves this Court to dismiss the original indictment as to the defendant George Samuels ("Samuels").  As grounds therefor, the government states that Samuels has pled guilty, and been convicted, of counts in the Superseding Indictment, and that the original indictment is no longer operative.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:
                              /s/ Rachel E. Hershfang
                              RACHEL E. HERSHFANG
                              Assistant U.S. Attorney
```

**CERTIFICATE OF SERVICE**

I, Rachel E. Hershfang, hereby certify that this document filed through the ECF system on May 13, 2008 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

```
                              /s/ Rachel E. Hershfang
                              Rachel E. Hershfang
```