UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10235-GAO |
| ) | |
| ALCANTARA-SALDANA, et al. ) | |

## NOTICE OF WITHDRAWAL

    Now comes the undersigned Assistant United States Attorney Rachel E. Hershfang and respectfully moves to withdraw as counsel for the government in the above-captioned case. As support for this motion, the undersigned will be leaving the U.S. Attorney's Office shortly and the government is represented by other counsel in the case.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

         By:    /s/:Rachel E. Hershfang
                RACHEL E. HERSHFANG
                Assistant U.S. Attorney
                (617) 748-3687

Dated: May 15, 2008

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 15, 2008

                                      */s/: Rachel Hershfang*
                                      RACHEL E. HERSHFANG
                                      Assistant U.S. Attorney