```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS


                                  )
UNITED STATES OF AMERICA          )
                                  )         CRIMINAL ACTION
          v.                      )
                                  )         NO.  05-10235-GAO
                                  )
4. GEORGE SAMUELS                 )
                                  )
```

### ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT

The United States of America has moved to dismiss the original indictment as to the defendant George Samuels, who was sentenced by this Court on May 13 on a Superseding Indictment. For reasons set forth in the government's motion, the Court allows the motion. The original indictment as to George Samuels is hereby dismissed.

                                  So ordered.


                                  _____
                                  Hon. George A. O'Toole, Jr.