UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 05-10235-GAO |
| ) | |
| GEORGE SAMUELS ) | |

**DEFENDANT'S MOTION TO MODIFY JUDGEMENT
AND COMMITMENT ORDER**

Now comes the Defendant, by and through counsel, and respectfully requests this Honorable Court modify his Judgment and Commitment Order and states as follows;

On May 13, 2008 the Defendant was sentenced in the above entitled action. As part of the sentence the court imposed a fine of $15,000.00 and waived interest on the fine for a period of 60 days.

The Defendant requests an additional waiver of interest for a period of 60 days and as his basis asserts that his wife is presently anticipating a resolution of her third party claim in the interest to the parties former residence. The Defendant's wife will pay the fine in full upon receipt of her interest, however it is anticipated this will require an additional 60 days.

Counsel has conferred with AUSA Neil Gallagher who expresses no objection to the allowance of this motion.

WHEREFORE, the Defendant moves his Judgment and Commitment Order be modified to extend the waiver of interest on the fine imposed for an additional 60 days.

Respectfully submitted,
THE DEFENDANT

BY: /s/ Vincent A. Bongiorni
95 State Street - Suite #309
Springfield, MA 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

    I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to Assistant United States Attorney, Neil Gallagher, United States Courthouse, One Courthouse Way, Boston, MA this 9th day of July 2008.

                                                  /s/ Vincent A. Bongiorni